1  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE
2  631 Howard Street, Suite 300
   San Francisco, CA  94105
3  Telephone: (415) 777-2752
   Facsimile: (415) 543-2752
4
   Blanca Banuelos (SBN 231585)
5  CALIFORNIA RURAL LEGAL ASSISTANCE
   20 N. Sutter, Suite 203
6  Stockton, CA  95202
   Telephone: (209) 946-0605
7  Facsimile: (209) 946-5730

8  Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
   Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Garcia Castro, Enrique Garcia Michel,
9  Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano
   Ruiz, Frisdman Pena Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin
10 Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriguez, Armando
   Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian
11 Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez,
   Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriguez, Luis Manuel
12 Torres Contreras, uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra,
   Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras
13

14 Julia L. Montgomery (SBN 184083)         Mark Talamantes (SBN 187961)
   Kathryn Hardy (SBN 248773)               TALAMANTES VILLEGAS CARRERA, LLP
15 CALIFORNIA RURAL LEGAL                   170 Columbus Avenue, Suite 300
    ASSISTANCE FOUNDATION                   San Francisco, CA 94133
16 2210 K Street, Suite 201                 Telephone: (415) 861-9600
   Sacramento, CA  95814                    Facsimile: (415) 861-9622
17 Telephone: (916) 446-7901
   Facsimile: (916) 446-3057

18 Attorneys for Plaintiffs

19              **UNITED STATES DISTRICT COURT**

20           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, JOEL GONZALEZ AVILA, JUAN ALFONSO BAILON MARQUEZ, MELITON GUZMAN CONTRERAS, HUGO CESAR IBARRA CEJA, ABRAHAM JIMENEZ BUENO, JAIME LOPEZ RAMOS, DARIO VIRGEN CHAVEZ, DANIEL BECERRA AGUILAR, FRANCISCO CEJA SANDOVAL, LUIS RAMON NARANJO CAMPOS, JORGE LUIS PENDON SILVA, NICOLAS REYES TIBURCIO, ALDO MANUEL RODRIGUEZ ZEPEDA, SERGIO AGUIRRE BATISTA, HUGO SANTIAGO ARREDONDO HUERTA, ISRAEL BLAS JIMENEZ, LIBRADO | CASE No. 2:08-cv-01971-MCE-KJM  **ORDER SHORTENING TIME FOR SERVICE OF PLAINTIFFS' "NOTICE OF MOTION AND MOTION FOR CONDITIONAL CERTIFICATION OF A FLSA COLLECTIVE ACTION, FOR COURT-AUTHORIZED NOTICE, AND FOR DISCLOSURE OF THE NAMES AND ADDRESSES OF POTENTIAL OPT-IN PLAINTIFFS"** |

| | |
|---|---|
| BLAS MARTINEZ, RAMIRO ALEJANDRO GARCIA CASTRO, ENRIQUE GARCIA MICHEL ANGEL PANO RUIZ, FRISDMAN PENA OCHOA, OCTAVIO REVOLLEDO GODINEZ, AGUSTIN TORRES ELIAS TOMAS AYALA GONZALEZ, MARCO CESAR GARCIA GUTIERREZ, JOSE LUIS RODRIGUEZ, ARMANDO ZUNIGAS ARIAS, JOEL MURILLO GUERRERO, OSCAR MANUEL CARILLO TORRES, CHRISTIAN CEJA RUIZ, DEMETRIO MONTES GAITAN, GIBRAN RIGOBERTO DIAZ CAMPO, LEONEL ESPARZA RAMIREZ, BENIGNO MARTINEZ MARQUEZ, RENE MEZA SANCHEZ, JESUS JUNIOR ROBLES RODRIGUEZ, PABLO SALGADO VILLAFAN, LUIS MANUEL TORRES CONTRERAS, URIEL TORRES CONTRERAS, RIGOBERTO SANDOVAL PRECIADO, ROBERTO CRUZ BARRAGAN, OBED MARES CONTRERAS, CHRISTIAN CRUZ VALVERDE, ROGELIO LOPEZ LLAMAS,<br><br>            Plaintiffs,<br><br>vs.<br><br>SGLC, INC.; SALVADOR GONZALEZ; JULIAN GONZALEZ, and SALVADOR GONZALEZ dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR,<br><br>            Defendants. | Date:  January 9, 2009<br>Time:  9:00 A.M.<br>Courtroom:  7 |

Pursuant to stipulation of the Parties, and good cause showing,

IT IS HEREBY ORDERED THAT:

1. The time for service of Plaintiffs' Motion for Conditional Certification of a FLSA Collective Action, for Court-authorized Notice, and for Disclosure of the Names and Addresses of Potential Opt-in Plaintiffs on Defendants, set for January 9, 2009, is shortened to 28 days, by electronic service, and deemed served effective December 12, 2008 as demonstrated by Plaintiffs' proof of service filed on that date;

///

///

///

2. This court's Order vacating the hearing date of January 9, 2009 is rescinded and vacated and the hearing date for Plaintiffs' Motion for Conditional Certification is reinstated and set for January 9, 2009 in Department 7 of the U.S. District Court for the Eastern District of California, at 9:00 a.m., based on Plaintiffs' December 12, 2008 filing and service of the motion and supporting documents.

Dated: December 17, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3