Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
20 N. Sutter, Suite 203
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Fray Marcelino Lopez Rodriguez, Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Dario Virgen Chavez, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquz, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esperanza Ramirez, Roberto Ibarra, Raymundo Lopez Arias, Benigno Martinez Marquez, Rene Meza Sanchez, Alejandro Ramos, Jesus Junior Robles Rodriquez, Pablo Salgado Villafan, Luis Manuel Torres Contreras, Uriel Torres Contreras

Julia L. Montgomery (SBN 184083)
Kathryn Hardy (SBN 248773)
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs

Mark Talamantes (SBN 187961)
R. Michael Flynn (SBN 258732)
TALAMANTES/VILLEGAS/CARRERRA LLP
170 Columbus Ave., Ste 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028

Attorneys for all Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SGLC, INC., et al.,<br><br>Defendants. | No. 2:08-cv-01971-MCE-KJM<br><br>ORDER EXTENDING OPT-IN PERIOD |

Order Extending Opt-In Period

Pursuant to stipulation entered into amon all parties, through their counsel of record, and good cause showing:

IT IS HEREBY ORDERED that the opt-in period for persons who wish to participate in the instant action shall be extended for a period of 30 days, through and including June 18, 2009.

Dated: May 20, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE