1  CHARLEY M. STOLL,
2  A PROFESSIONAL CORPORATION
   Charley M. Stoll, Esq. SBN 064946
3  711 East Daily Drive, Suite 115
   Camarillo, California 93010
4  805.389.5296 / 805.389.5288 Fax
   E-mail: vwilliams@cmsapc.com
5

6  **Attorneys for Defendants,
   SGLC, INC., SALVADOR GONZALEZ, JULIAN
7  GONZALEZ, and SALVADOR GONZALEZ FARM
   LABOR CONTRACTOR**
8

## UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  FRAY MARCELINO LOPEZ RODRIGUEZ, et al, | **Case No. 2:08-cv-01971-MCE-KJM** |
| 12 | |
| 13          Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DISCOVERY COMPLETION DEADLINE** |
| 14      vs. | |
| 15  SGLC, INC.; SALVADOR GONZALEZ; JULIAN GONZALEZ, and SALVADOR GONZALEZ dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, | |
| 16 | |
| 17 | |
| 18          Defendants. | |

19

20      **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS
21  ACTION THAT:**
22      Pursuant to Federal Rules of Civil Procedure § 29(b), all parties to this action
23  jointly request that the Court permit the parties to extend the discovery completion
24  deadline, currently set by the Court for November 13, 2009, pursuant to the Court's
25  January 20, 2009, Pretrial Scheduling Order. In order to allow the parties sufficient time
26  to complete depositions and written discovery, the parties hereby jointly stipulate,
27  pending the Court's approval, that the discovery completion deadline be extended to
28

-1-
Stipulation and Order to Extend Discovery Completion Deadline

PDF created with pdfFactory trial version www.pdffactory.com

1 January 4, 2010.  No other date set forth in the Pretrial Scheduling Order will be
2 extended or affected by the requested extension.
3    **IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October _13_, 2009 | CHARLEY M. STOLL, A PROFESSIONAL CORPORATION |
| | _____ |
| | Valerie L. Williams, Esq., Attorney for Defendants |
| Dated: October _13_, 2009 | CALIFORNIA RURAL LEGAL ASSISTANCE |
| | _____ |
| | Cynthia Rice, Esq., Attorney for some Plaintiffs |
| Dated: October _13_, 2009 | CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION |
| | _____ |
| | Julia Montgomery, Esq., Attorney for all Plaintiffs |
| Dated: October _13__, 2009 | Talamantes, Villegas, Carrera, LLC |
| | _____ |
| | Mark Talamantes., Attorney for all Plaintiffs |

**ORDER**

**IT IS SO ORDERED.**

Date: October 21, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com