CHARLEY M. STOLL,
A PROFESSIONAL CORPORATION
Charley M. Stoll, Esq. SBN 064946
711 East Daily Drive, Suite 115
Camarillo, California 93010
805.389.5296 / 805.389.5288 Fax
E-mail: vwilliams@cmsapc.com

**Attorneys for Defendants,
SGLC, INC., SALVADOR GONZALEZ, JULIAN
GONZALEZ, and SALVADOR GONZALEZ FARM
LABOR CONTRACTOR**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al, <br><br> Plaintiffs, <br><br> vs. <br><br> SGLC, INC.; SALVADOR GONZALEZ; JULIAN GONZALEZ, and SALVADOR GONZALEZ dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, <br><br> Defendants. | Case No. 2:08-cv-01971-MCE-KJM <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY COMPLETION DEADLINE** |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:**

Pursuant to Federal Rules of Civil Procedure § 29(b), all parties to this action jointly request that the Court permit the parties to extend the discovery completion deadline, currently set for January 4, 2010, pursuant to the previously filed stipulation of the parties. In order to allow the parties sufficient time to complete depositions and written discovery, the parties hereby jointly stipulate, pending the Court's approval, that the discovery completion deadline be extended to February 12, 2010. No other date set

forth in the Pretrial Scheduling Order will be extended or affected by the requested extension.

**IT IS SO STIPULATED.**

Dated: December _8_, 2009
CHARLEY M. STOLL,
A PROFESSIONAL CORPORATION

_____/s/_____
Valerie L. Williams, Esq., Attorney for Defendants

Dated: December _9_, 2009
CALIFORNIA RURAL LEGAL ASSISTANCE.

_____/s/_____
Cynthia Rice, Esq., Attorney for some Plaintiffs

Dated: December _8_, 2009
CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

_____/s/_____
Julia Montgomery, Esq., Attorney for all Plaintiffs

Dated: December _8_, 2009
Talamantes, Villegas, Carrera, LLC

_____/s/_____
Mark Talamantes., Attorney for all Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

Dated: 12-18-2009

United States District Judge

-2-
Stipulation and Order to Extend Discovery Completion Deadline