| | |
|---|---|
| 1 | CHARLEY M. STOLL, |
| 2 | A PROFESSIONAL CORPORATION |
|   | Valerie L. Williams, Esq, SBN 212711 |
| 3 | 711 East Daily Drive, Suite 115 |
|   | Camarillo, California 93010 |
| 4 | 805.389.5296 / 805.389.5288 Fax |
|   | E-mail: vwilliams@cmsapc.com |
| 5 | |
| 6 | **Attorneys for Defendants,** |
|   | **SGLC, INC., SALVADOR GONZALEZ, JULIAN** |
| 7 | **GONZALEZ, and SALVADOR GONZALEZ FARM** |
|   | **LABOR CONTRACTOR** |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| FRAY MARCELINO LOPEZ RODRIGUEZ, et al, | **Case No. cv-01971-mce-kjm** |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO SUBMIT PENDING MOTION ON BRIEFS** |
| vs. | |
| SGLC, INC.; SALVADOR GONZALEZ; JULIAN GONZALEZ, and SALVADOR GONZALEZ dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, | Date: February 2, 2010<br>Time: 10:00 a.m.<br>Courtroom: 26 |
| Defendants. | |

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THAT:**

Pursuant to Local Rule 230(g), the parties will submit argument on Plaintiffs' Motion to Compel Disclosures, to Compel Discovery Responses, and Request for Sanctions, the hearing of which is currently set for February 3, 2010, at 10:00 a.m. in Courtroom 26 of the above-captioned court, on the moving papers submitted by Plaintiffs and the Statement of Non-Opposition filed by Defendants without the need for oral argument.

-1-
Stipulation & Order to Submit Pending Motion on Briefs

**IT IS SO STIPULATED.**

Dated: February 2, 2010

CHARLEY M. STOLL,
A PROFESSIONAL CORPORATION
    /s/ Valerie L. Williams
Valerie L. Williams, Esq., Attorney for Defendants

Dated: February 2, 2010

CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION
   /s/ Esmeralda Zendejas
Esmeralda Zendejas, Esq., Attorney for all Plaintiffs

## ORDER

**IT IS SO ORDERED.**

Dated: February 2, 2010.

_____
U.S. MAGISTRATE JUDGE