IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRAY RODRIGUEZ, et al.,

    Plaintiffs,                                No. CIV S-08-1971 MCE KJM

    vs.

SGLC, INC., et al.,

    Defendants.                            <u>ORDER</u>

_____/

        Plaintiff's motion to compel was submitted on the briefing pursuant to the stipulation of the parties. Defendants do not oppose the motion. Upon review of the joint statement, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        The motion to compel (docket no. 52) is granted. Responsive documents and supplemental responses indicating which documents previously produced are responsive to specified categories of documents shall be provided no later than February 12, 2010. Weekly time and payroll records for all plaintiffs shall also be provided.

DATED: February 5, 2010.

                                                             _____
                                                             U.S. MAGISTRATE JUDGE

006
rodriguez-sglc.oah