JACKSON LEWIS LLP
CARY G. PALMER Cal Bar No. 186601
ROBERT J. SCHNACK, Cal Bar No. 191987
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone: (916) 341-0404
Facsimile: (916) 341-0141

Attorneys for Defendants
GREENE AND HEMLY, INC.
and DOUGLAS HEMLY, sued
individually and dba "GREENE & HEMLY"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>    Plaintiff,<br><br>    v.<br><br>SGLC, INC., et al.,<br><br>    Defendants. | Case No. 2:08−CV−01971−MCE−KJN<br><br>**STIPULATION TO CONTINUE PRETRIAL STATUS SCHEDULING CONFERENCE; ORDER THEREON** |

The parties to this action, through their respective counsel of record, each hereby stipulate to the request of counsel for defendant Greene and Hemly, Inc. to continue the Pretrial Status Scheduling Conference currently set for November 18, 2010 to **December 16, 2010**. This request is made on the basis that counsel for defendant Greene and Hemly, Inc., Robert J. Schnack and Cary G. Palmer, are both unavailable to attend the Pretrial Status Scheduling Conference on November 18, 2010 (attorney Schnack has medical treatments scheduled the week of November 16 – 19 that cannot be rescheduled, and attorney Palmer has a previously scheduled business trip that also cannot be rescheduled such that he will be out-of-state November 18 – 21).

///

///

PDF created with pdfFactory trial version www.pdffactory.com

**IT IS SO STIPULATED.**

Dated:  October 29, 2010              CALIFORNIA RURAL LEGAL
                                                    ASSISTANCE, INC.

                                      By:  /s/  *[Cynthia L. Rice]*
                                          Cynthia L. Rice
                                          Attorneys for some Plaintiffs

Dated:  October 29, 2010              CALIFORNIA RURAL LEGAL
                                                    ASSISTANCE, INC.

                                      By:  /s/  *[Blanca Banuelos]*
                                          Blanca Banuelos
                                          Esmeralda Zendejas
                                          Attorneys for some Plaintiffs

Dated:  October 29, 2010              CALIFORNIA RURAL LEGAL
                                                    ASSISTANCE FOUNDATION

                                      By:  /s/  *[Julia Montgomery]*
                                          Julia L. Montgomery
                                          Kathryn Hardy
                                          Attorneys for all Plaintiffs

Dated:  October 29, 2010
                                      TALAMANTES/VILLEGAS/CARRA, LLP

                                      By:  /s/  *[Mark Talmantes]*
                                          Mark Talamantes
                                          Attorneys for all Plaintiffs

Dated:  October 29, 2010              LAW OFFICES OF CHARLEY M. STOLL

                                      By:  /s/  *[Valerie Williams]*
                                          Valerie Williams
                                          Attorneys for SGLC, INC., SALVADOR
                                          GONZALEZ, and JULIAN GONZALEZ

Dated:  October 29, 2010              SEYFARTH SHAW LLP

                                       By:  /s/  *[Brandon R. McKelvey]*
                                          Brandon R. McKelvey
                                          Attorneys for VINO FARMS, INC.

///

///

2

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated:  October 29, 2010 | HANSON BRIDGETT LLP |
| 2 | | |
| 3 | | By:  /s/  *[Michael Move]* |
| | | Michael Moye |
| 4 | | Attorneys for ISLANDS, INC., and THOMAS HESTER |

Dated:  October 29, 2010          LAW OFFICE OF RANDY E. THOMAS

By:  /s/  *[Randy E. Thomas]*
   Randy E. Thomas
   Jennifer D. Williams
   Attorneys for VAN RUITEN
   BROTHERS, JOHN VAN RUITEN, and
   JAMES VAN RUITEN

Dated:  October 29, 2010          JACKSON LEWIS LLP

By:  /s/  *[Robert J. Schnack]*
   Cary G. Palmer
   Robert J. Schnack
   Attorneys for Defendants
   GREENE AND HEMLY, INC.
   and DOUGLAS HEMLY, sued individually and
   dba "GREENE & HEMLY"

## **ORDER**

Based on the foregoing stipulation, and otherwise finding good cause therefore, the Court hereby vacates the November 18, 2010 Pre-Trial Status Scheduling Conference and continues it to **December 16, 2010 at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED: November 1, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

3

PDF created with pdfFactory trial version www.pdffactory.com