Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Julia L. Montgomery (SBN 184083)   Mark Talamantes (SBN 187961)
CALIFORNIA RURAL LEGAL   TALAMANTES/VILLEGAS/CARRERA, LLP
ASSISTANCE FOUNDATION   170 Columbus Avenue, Suite 300
2210 K Street, Suite 201   San Francisco, CA 94133
Sacramento, CA 95814   Telephone: (415) 989-8000
Telephone: (916) 446-7901   Facsimile: (415) 989-8028
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs   Attorneys for all Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SGLC INC., et al., <br><br> Defendants. | CASE NO. **2:08-CV-01971-MCE-KJN** <br><br> **ORDER ON PLAINTIFFS' MOTION TO EXCEED 10 DEPOSITIONS AND TO MODIFY THE AMENDED SCHEDULING ORDER** |

1  Before the Court is Plaintiffs' motion pursuant to Fed. R. Civ. P. 30(a)(2)(A)(i) and
2  16(b)(4), for an order to exceed the 10 deposition limit and to modify the amended scheduling
3  order.
4  Having read the motion, the points and authorities, and Defendants' opposition of the
5  motion, the Court finds good cause for granting the motion.  No oral argument will be heard on
6  this motion.
7  THEREFORE, IT IS HEREBY ORDERED THAT the Plaintiffs may exceed the 10
8  deposition limit and take the four additional depositions of  Jesus Yepez, Matthew Hemly, Julie
9  Ball and the Fed. Rules Civ. Proc. 30(b)(6) deposition of the representative of Vino Farms, Inc.
10  IT IS FURTHER ORDERED that the amended scheduling order is modified to allow
11  Plaintiffs the opportunity to schedule and depose the aforementioned individuals and and
12  complete all other necessary proceedings related to those depositions y no later than January 31,
13  2012.

Dated:  November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE