Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Julia L. Montgomery (SBN 184083)    Mark Talamantes (SBN 187961)
CALIFORNIA RURAL LEGAL              TALAMANTES/VILLEGAS/CARRERA, LLP
ASSISTANCE FOUNDATION               170 Columbus Avenue, Suite 300
2210 K Street, Suite 201            San Francisco, CA 94133
Sacramento, CA 95814                Telephone: (415) 989-8000
Telephone: (916) 446-7901           Facsimile: (415) 989-8028
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs                Attorneys for all Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SGLC INC., et al., <br><br> Defendants. | CASE NO. **2:08-CV-01971-MCE-KJM** <br><br> **APPLICATION AND ORDER SHORTENING TIME FOR SERVICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE APPLICATION; ORDER** <br> **(Fed. R. Civ. P. 6(c))** |

Plaintiffs desire to file a motion granting leave to conduct in excess of ten (10)

1 depositions and to modify the amended pretrial scheduling order to extend the discovery cutoff as it relates to two additional depositions that have been delayed to accommodate Defendants or their counsel, and to depose a witness whose importance was not made known to Plaintiffs until October 18, 2011.  A copy of the proposed motion is attached to this application for an Order Shortening Time.

Plaintiffs desire that the motion be heard on November 17, 2011, in order that it may be heard before the deadline for discovery cut-off set by the Court's Amended Pretrial Scheduling Order on November 23, 2011.

It is impossible to give the full amount of written notice required by Local Rule 230(b) for this motion to be heard on November 17, 2011.  As explained in the attached Affidavit of Esmeralda Zendejas, Plaintiff was unaware of the need to bring this motion at an earlier time.

## MEMORANDUM OF POINTS & AUTHORITIES
## IN SUPPORT OF APPLICATION

Although specific requirements for the time of service of court papers are set forth under Local Rule 230, Local Rule 144(e) permits the court to prescribe a shorter time period.

Under Rule 144(e), the application to shorten time shall set forth, by affidavit of counsel, the circumstances to justify the issuance of an order shortening time.  For "good cause" shown, a court on request may order that the time be shortened for notice of a motion.  Fed. R. Civ. Proc. 6(c)(1)(C); see *Untied States v. Fitch* 472 F2d 548, 549, fn. 5 (per curiam) (9th Cir. 1973).

Plaintiffs are seeking to file a Motion to Exceed 10 Depositions and to Modify the Amended Pretrial Scheduling Order (hereafter "Plaintiffs Motion"), which is also filed with this application.  The Amended Pretrial Scheduling Order has a discovery cut-off date of November 23, 2011.  Plaintiffs have diligently been conducting discovery and coordinating dates of availability with all Defendants' counsel, which includes multiple parties.  In doing so, Plaintiff has only recently been able to depose some of the defendants involved in this case.  These recent depositions, along with the production of new documents served by Defendant Vino Farms and received by Plaintiffs on October 17, 2011, have led to the necessity for Plaintiffs' Motion.

1    Plaintiffs sought a stipulation from all parties with respect to these matters.  Defendants
2  Green & Hemly, and Douglas Hemly have agreed to extend discovery cut-off and take in excess
3  of 10 depositions to allow for the depositions of Matthew Hemly and Jesus Yepez.  Defendants
4  Vino Farms, Inc.  have agreed to set an additional deposition pursuant to Fed. Rules Civ. Proc.
5  30(b)(6) but have otherwise refused to agreed to extend discovery cutoff or to take in excess of
6  10 depositions to depose their Executive Assistant.  The remaining Defendants have refused to
7  stipulate to taking in excess of 10 depositions or extend the discovery cutoff with respect to these
8  depositions.

9    Plaintiffs are required to give 28 days notice of Plaintiffs' Motion pursuant to Local Rule
10  230.  Plaintiffs were informed by the court clerk, that the only date available to hear Plaintiffs'
11  Motion before the cut-off date for discovery is November 17, 2011.  Plaintiffs could not have
12  filed this motion sooner as they were not aware that it would be needed in this case.  Due to the
13  court's calendar and the limited time remaining before the Court imposed discovery cut-off date,
14  the Plaintiffs are unable to give 28 days notice.

16  Dated: October 24, 2011    **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

18                              /s/ Esmeralda Zendejas
                                Esmeralda Zendejas
19                              Attorneys for Plaintiffs Aguirre Batista, Arredondo
                                Huerta, Aguilar, Blas Jimenez, Blas Martinez,
20                              Garcia Castro, Garcia Michel, Lopez Ramos,  Lopez
                                Rodriguez, Naranjo Campos, Pano Ruiz, Peña
21                              Ochoa, Rodriguez Zepeda, Revolledo Godinez,
                                Torres Elias, Ayala Gonzalez, Garcia Gutierrez,
22                              Rodriquez, Zuniga Arias, Murillo Guerrero, Carillo
                                Torres, Ceja Ruiz, Cruz Valverde, Montes Gaitan,
23                              Diaz Campo, Esparza Ramirez, Martinez Marquez,
                                Meza Sanchez, Robles Rodriquez, L.M. Torres
24                              Contreras, U. Torres Contreras, Bailon Marquez,
                                Ceja Ibarra, Sandoval Preciado, Cruz Barragan,
25                              Mares Contreras

26  ///
27  ///
28

Dated: October 24, 2010

**CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**
**TALAMANTES/VILLEGAS/CARRERA, LLP**


  /s/ Julia Montgomery (As authorized on 10/24/11)
Julia L. Montgomery
Attorneys for all Plaintiffs


# ORDER SHORTENING TIME

IT IS ORDERED that Plaintiffs' Motion to Exceed 10 Depositions and To Modify the Amended Pretrial Scheduling Order may be served by means of electronic service to the attorney of each Defendant no later than 4:00 p.m. on November 10, 2011.

A copy of this Order Shortening Time must be served along with the Motion.

The Court finds the issues have been sufficiently briefed, therefore no argument will be heard on this motion or the Motion to Exceed 10 Depositions and to Modify the Amended Scheduling Order.

Each Defendant shall have until 5:00 p.m. on December 1, 2011, to serve and file a response to the Motion.

Dated:  November 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

APPLICATION AND ORDER SHORTENING TIME FOR SERVICE OF MOTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE APPLICATION; ORDER

4