1  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  631 Howard Street, Suite 300
   San Francisco, CA 94105
3  Telephone: (415) 777-2752
   Facsimile: (415) 543-2752
4
5  Blanca Bañuelos (SBN 231585)
   Esmeralda Zendejas (SBN 258809)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
6  145 E. Weber Avenue
   Stockton, CA 95202
7  Telephone: (209) 946-0605
   Facsimile: (209) 946-5730
8
   Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
9  Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique
   Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo
10 Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio
   Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia
11 Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel
   Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran
12 Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza
   Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras,
13 Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto
   Cruz Barragan, Obed Mares Contreras
14

15 Julia L. Montgomery (SBN 184083)         Mark Talamantes (SBN 187961)
   CALIFORNIA RURAL LEGAL                  TALAMANTES/VILLEGAS/CARRERA, LLP
   ASSISTANCE FOUNDATION                   170 Columbus Avenue, Suite 300
16 2210 K Street, Suite 201                San Francisco, CA 94133
   Sacramento, CA 95814                    Telephone: (415) 989-8000
17 Telephone: (916) 446-7901               Facsimile: (415) 989-8028
   Facsimile: (916) 446-3057
18
   Attorneys for all Plaintiffs            Attorneys for all Plaintiffs
19

20                    **UNITED STATES DISTRICT COURT**
                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**
21

22 FRAY MARCELINO LOPEZ RODRIGUEZ,      CASE NO. **2:08-CV-01971-MCE-KJN**
   et al.,
23                                       **ORDER ON PLAINTIFFS' MOTION TO
               Plaintiffs,               EXCEED 10 DEPOSITIONS AND TO
24                                       MODIFY THE AMENDED
   v.                                    SCHEDULING ORDER**
25
   SGLC INC., et al.,
26
               Defendants.
27

28

1   Before the Court is Plaintiffs' motion pursuant to Fed. R. Civ. P. 30(a)(2)(A)(i) and
2   16(b)(4), for an order to exceed the 10 deposition limit and to modify the amended scheduling
3   order.
4   Having read the motion, the points and authorities, and Defendants' opposition of the
5   motion, the Court finds good cause for granting the motion.  No oral argument will be heard on
6   this motion.
7   THEREFORE, IT IS HEREBY ORDERED THAT the Plaintiffs may exceed the 10
8   deposition limit and take the four additional depositions of  Jesus Yepez, Matthew Hemly, Julie
9   Ball and the Fed. Rules Civ. Proc. 30(b)(6) deposition of the representative of Vino Farms, Inc.
10  IT IS FURTHER ORDERED that the amended scheduling order is modified to allow
11  Plaintiffs the opportunity to schedule and depose the aforementioned individuals and and
12  complete all other necessary proceedings related to those depositions y no later than January 31,
13  2012.

Dated:  November 15, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE