Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Julia L. Montgomery (SBN 184083)
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057

Mark Talamantes (SBN 187961)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028

Attorneys for all Plaintiffs                          Attorneys for all Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>SGLC INC., et al.,<br><br>         Defendants. | CASE NO. **2:08-CV-01971-MCE-KJN**<br><br>**Stipulation re Setting Date of Court Ordered Mediation and Order Thereon** |

WHEREAS: The Hon. Morrison C. England, in the Minute Order entered July 20, 2010 and

1  Amended Pre-Trial Scheduling Order filed January 14, 2011 directed the parties in this matter to
2  schedule a Settlement Conference before the Hon. Gregory G. Hollows; and
3         WHEREAS: All parties and their counsel are available to participate in a Settlement Conference
4  on May 2, 2012, at 9:00 a.m.; and
5         WHEREAS: counsel have been advised that Judge Hollows is available to conduct a Settlement
6  Conference on May 2, 2012 at 9:00 a.m.;
7         IT IS HEREBY STIPULATED by and between all parties, through their counsel of record that a
8  Settlement Conference shall take place with respect to this matter on May 2, 2012 at 9:00 a.m.  before
9  Judge Gregory G. Hollows.

11 Dated:  March 7, 2012          TALAMANTES, VILLEGAS, CARRERA, LLC
                                  California Rural Legal Assistance, Inc.
12                                California Rural Legal Assistance Foundation

14                                By: ___/s/ Mark Talamantes_____
                                      Mark Talamantes
                                      Attorneys for all Plaintiffs

17 Dated: March 2, 2012           LAW OFFICES OF CHARLEY M. STOLL

18                                By: ____/s/Valerie Williams_____
                                      Valerie Williams
19                                    Attorneys for SGLC, INC., SALVADOR GONZALEZ,
                                      JULIAN GONZALEZ, and SALVADOR GONZALEZ
20                                    dba SALVADOR GONZALEZ FARM LABOR
                                      CONTRACTOR

22 Dated: March 2, 2012           JACKSON LEWIS LLP

24                                By: ____/s/ Robert Schnack_____
                                      Cary G. Palmer
25                                    Robert J. Schnack
                                      Attorneys for GREEN AND HEMLY, INC., and
26                                    DOUGLAS HEMLY, individually and dba GREEN
                                      AND HEMLY

| | |
|---|---|
| Dated: March 6, 2012 | SEYFARTH SHAW LLP |
| | |
| | By: ___/s/Brandon McKelvey_____ |
| | Mark P. Grajski |
| | Brandon R. McKelvey |
| | Attorneys for VINO FARMS, INC. |
| | |
| Dated: March 6, 2012 | HANSON BRIDGETT LLP |
| | |
| | By: ___/s/ Michael Moye_____ |
| | Michael Moye |
| | Attorneys for ISLANDS, INC., and |
| | THOMAS HESTER |
| | |
| Dated: March 5, 2012 | LAW OFFICE OF RANDY E. THOMAS |
| | |
| | By: ____/s/ Randy Thomas_____ |
| | Randy E. Thomas |
| | Jennifer D. Williams |
| | Attorneys for VAN RUITEN BROTHERS, |
| | JOHN VAN RUITEN, and JAMES VAN RUITEN |

**IT IS SO ORDERED:**

Dated:  April 9, 2012

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE