Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Julia L. Montgomery (SBN 184083)
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057
Attorneys for all Plaintiffs

Mark Talamantes (SBN 187961)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028
Attorneys for All Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SGLC INC., et al., <br><br> Defendants | CASE NO. **2:08-CV-01971-MCE-KJN** <br><br> ORDER |

///

///

2:08-CV-10971-MCE-KJN
Order Modifying Scheduling Order

1

   The Court is in receipt of Plaintiffs' Ex Parte Application to Modify Scheduling Order to Extend Time to File Oppositions to Summary Judgment Motions, Reply Briefs and Reschedule Hearing Date ("Ex Parte Application") of those Motions for Summary Judgment filed by various Defendants on April 12, 2012. The Court has considered the Ex Parte Application, Memorandum of Points and Authorities, Declaration of Julia L. Montgomery and all other matters presented to the Court, and Plaintiffs' Ex Parte Application is hereby GRANTED.  Accordingly, the current Amended Scheduling Order is modified as follows: Plaintiffs' oppositions to Defendants' dispositive motions (ECF Nos.154, 160, 161, 164, and 168) must be filed on or before May 17, 2012.  Defendants' reply briefs to Plaintiffs' oppositions must be filed no later than May 31, 2012, and hearing on these Motions shall take place on June 14, 2012 at 2:00 p.m. in Courtroom 7.

   IT IS SO ORDERED.

DATE:  April 20, 2012

_____

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE