1  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  631 Howard Street, Suite 300
   San Francisco, CA 94105
3  Telephone: (415) 777-2752
   Facsimile: (415) 543-2752

4  Blanca Bañuelos (SBN 231585)
   Esmeralda Zendejas (SBN 258809)
5  CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
   145 E. Weber Avenue
6  Stockton, CA 95202
   Telephone: (209) 946-0605
7  Facsimile: (209) 946-5730

8  Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
   Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique
9  Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo
   Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio
10 Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez,
   Jose Luis Rodriguez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel Carillo Torres,
11 Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran Rigoberto Diaz
   Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior
12 Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon
   Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed
13 Mares Contreras

14 Julia L. Montgomery (SBN 184083)          Mark Talamantes (SBN 187961)
   CALIFORNIA RURAL LEGAL               TALAMANTES/VILLEGAS/CARRERA, LLP
15 ASSISTANCE FOUNDATION               170 Columbus Avenue, Suite 300
   2210 K Street, Suite 201                 San Francisco, CA 94133
16 Sacramento, CA 95814                   Telephone: (415) 989-8000
   Telephone: (916) 446-7901              Facsimile: (415) 989-8028
17 Facsimile: (916) 446-3057              Attorneys for All Plaintiffs
   Attorneys for all Plaintiffs

18                      UNITED STATES DISTRICT COURT
19                  FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>                        Plaintiffs,<br><br>v.<br><br>SGLC INC., et al.,<br><br>                        Defendants. | CASE NO. **2:08-CV-01971-MCE-KJN**<br><br>DECLARATION OF CYNTHIA L. RICE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT/PARTIAL SUMMARY JUDGMENT BY DEFENDANTS GREENE AND HEMLY, INC., DOUGLAS HEMLY, VAN RUITEN BROTHERS, JOHN VAN RUITEN, JAMES VAN RUITEN, AND VINO FARMS, INC.<br><br>Judge: Hon. Morrison C. England, Jr.<br>Date:   May 17, 2012<br>Time:  2:00 p.m.<br>Courtroom: 7 |

28

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary
Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van
Ruiten, and Vino Farms, Inc.

1

I, Cynthia L. Rice declare as follows:

1. I am an attorney duly licensed to practice law in the state of California and admitted to practice before the United States District court, Eastern District of California.  I am employed by California Rural Legal Assistance, Inc.  In that capacity I serve as attorney for record for some of the Plaintiffs in this action.

2. On October 17, 2011, in Sacramento California, the deposition of James Van Ruiten was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached hereto as Exhibit 1 are true and correct copies of excerpted portions of that deposition.

3. On November 18, 2009, in Sacramento California, the deposition of Defendant Julian Gonzalez was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached hereto as Exhibit 2 are true and correct copies of excerpted portions of that deposition.

4. On November 19, 2009, in Sacramento California, the deposition of Defendant Salvador Gonzalez was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached hereto as Exhibit 3 are true and correct copies of excerpted portions of that deposition.

5.  On December 14, 2011, in Sacramento California, the deposition of Julie Ball was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached, hereto as Exhibit 4 are true and correct copies of excerpted portions of that deposition.

6.  On October 14, 2011 counsel for Defendant Vino Farms, Inc. sent Plaintiffs' counsel a letter with attached notes from Julie Ball taken during a February 20, 2008 meeting at which the SGLC Defendants and Vino Farms, Inc. representatives were present. These notes were authenticated by Julie Ball during her December 14, 2011 deposition and were marked as "Exhibit A" thereto.  A

2

Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

true and correct copy Exhibit A to Julie Ball's deposition along with relevant excerpted portions of Julie Ball's deposition authenticating that document are attached hereto as Exhibit 5.

7.  On June 23, 2008 I sent a letter to the U.S. Department of Labor requesting production of documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552, regarding all H-2A applications submitted by SGLC (Salvador Gonzales Labor Contractor) and related documents.  A true and correct copy of that letter/request is attached hereto as Exhibit 6.  I subsequently received a response from William L. Carlson, Ph.D., Administrator of the Office of Foreign Labor Certification dated September 30, 2008.  A true and correct copy of that letter is attached hereto as Exhibit 7. Included with the letter were 116 pages of documents constituting the records of proceedings of the U.S. Department of Labor in connection with SGLC Inc.'s 2008 application for H-2A temporary alien labor certification.  These documents constitute Government records and papers and admissible pursuant to Federal Rule of Evidence 1733.  A true and correct copy of those documents were produced as part of Plaintiffs' Initial Disclosures and have been Bates Stamped P ID 9 1 through P ID 9 155 and P ID 10 1 through P ID 61 and is attached hereto at Exhibit 8.   Various parts of these records were produced by Defendants and are independently admissible as Defendants' own business records.

8. On September 19, 2011, in Sacramento California, the deposition of Defendant Douglas Hemly was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached hereto as Exhibit 9 are true and correct copies of excerpted portions of that deposition.

9.  On November 17, 2011, Defendant Thomas Hester caused to be served on Plaintiffs' counsel "Defendant Thomas Hester's Response to First Set of Interrogatories Propounded by Plaintiff Fray Marcelino Rodriguez." Attached hereto as Exhibit 10 are true and correct copies of relevant excerpts from Defendant Thomas Hester's Response to First Set of Interrogatories Propounded by Plaintiff  Fray Marcelino Rodriguez.

10. On October 18, 2011, in Sacramento, California, the deposition of Kim Ledbetter-Bronson was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms.

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

McKinney and attached hereto as Exhibit 11 are true and correct copies of excerpted portions of that deposition.

11. On January 6, 2012, in Sacramento California, the deposition of Jesus Yepez was conducted under oath before certified shorthand reporter Deborah K. Lingonis (CSR-10973). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. Lingonis and attached hereto as Exhibit 12 are true and correct copies of excerpted portions of that deposition.

12. On December 3, 2010 Defendant Vino Farms, Inc. caused to be served on Plaintiffs "Defendant Vino Farms, Inc.'s Interrogatories to Plaintiff .....,Set One" on each of the named plaintiffs in this action. Plaintiffs subsequently filed individual verified responses to those interrogatories. Attached hereto as Exhibit 13 are true and correct copies of relevant excerpts from the following interrogatory responses:

a. Plaintiff Hugo Santiago Arredondo Huerta's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

b. Plaintiff Juan Alfonso Bailon Marquez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

c. Plaintiff Angel Pano Ruiz' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

d. Plaintiff Israel Blas Jimenez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

e. Plaintiff Librado Blas Martinez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

f. Plaintiff Cesar Hugo Ceja Ibarra's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

g. Plaintiff Ramiro Alejandro Garcia Castro's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

h. Plaintiff Enrique Garcia Michel's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

i. Plaintiff Jaime Lopez Ramos' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

j.  Plaintiff Fray Marcelino Lopez Rodriguez' to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

k.  Plaintiff Paulo Salgado Villafan's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

l.  Plaintiff Aldo Manuel Rodrigez Zepeda's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

m.  Plaintiff  Luis Ramon Naranjo Campos' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

n.  Plaintiff Frisdman Pena Ochoa's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

o.  Plaintiff Jesus Junior Robles Rodriguez Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

p.  Plaintiff  Daniel Becerra Aguilar's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

q.  Plaintiff Rigoberto Sandoval Preciado's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

r.  Plaintiff Francisco Ceja Sandoval's Supplemental Responses to Defendant Vino Farms, Inc. Interrogatories, Set One

s.  Plaintiff Dario Virgen Chavez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

t.  Plaintiff Agustin Torres Elias' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

u.  Plaintiff Jose Luis Rodriguez Gutierrez' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

v.  Plaintiff Nicolas Reyes Tiburcio's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

w.  Plaintiff Octavio Revolledo Godinez' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

x.  Plaintiff Jorge Luis Rendon Silva's  Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

y.  Plaintiff Abraham Jimenez Bueno's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

z.  Plaintiff Joel Gonzalez Avila's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

aa.  Plaintiff Marco Cesar Garcia Gutierrez' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

bb.  Plaintiff Meliton Guzman Contreras' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

cc.  Plaintiff Tomas Ayala Gonzalez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

dd.  Plaintiff Roberto Cruz Barragan's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

ee.  Plaintiff Sergio Aguirre Batista's Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

ff.  Plaintiff Oscar Manuel Carillo Torres' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

gg.  Plaintiff Christian Ceja Ruiz' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

hh.  Plaintiff Christian Cruz Valverde Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

ii.  Plaintiff Gibran Rigoberto Diaz Campo's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

jj.  Plaintiff Leonel Esparza Ramirez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

kk.  Plaintiff Rogelio Lopez Llamas' Supplemental Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

ll.  Plaintiff Obed Mares Contreras' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

mm.  Plaintiff Benigno Martinez Marquez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

nn.  Plaintiff  Rene Mesa Sanchez' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

oo.  Plaintiff Joel Murillo Guerrero's Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

pp.  Plaintiff Luis Manuel Torres Contreras' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

qq.  Plaintiff Uriel Torres Contreras' Responses to Defendant Vino Farms, Inc.'s, Interrogatories, Set One

13.  On December 12, 2008 Plaintiffs filed and served the "Notice of Attachment of Exhibits 1 through 13 In Support of Motion for Conditional Certification of a FLSA Collective Action, for Court Authorized Notice, and for Disclosure of the Names and Addresses of Potential Opt-in Plaintiffs." (Document 15) in this matter.   Attached to that document were  declarations submitted in support of that motion.  Portions of those declarations are relevant to the issues currently before this court and are referred to by Plaintiffs in their Separate Statement of Undisputed Facts.  For the court's convenience, true and correct copies of the following declarations are attached hereto as Exhibit 14.

a.  Declaration of Antonio Alvarado Villanueva  (Exhibit 3 to Plaintiffs' Motion for FLSA Class Certification )

 b.  Declaration of Luis Guillermo Mejia Guzman  (Exhibit 4 to Plaintiffs' Motion for FLSA Class Certification

c.  Declaration of Sergio Aguirre Batista   (Exhibit 5 to Plaintiffs' Motion for FLSA Class Certification)

d.  Declaration of Hugo Santiago Arredondo Huerta (Exhibit 6 to Plaintiffs' Motion for FLSA Class Certification)

e.  Declaration of Ramiro Alejandro Garcia Castro  (Exhibit 7 to Plaintiffs' Motion for FLSA Class Certification)

f.  Declaration of Jaime Lopez Ramos   (Exhibit 8 to Plaintiffs' Motion for FLSA Class Certification)

g.  Declaration of Fray Marcelino Lopez Rodriguez   (Exhibit 9 to Plaintiffs' Motion for FLSA Class Certification)

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

7

h.  Declaration of Obed Mares Contreras  (Exhibit 10 to Plaintiffs' Motion for FLSA Class Certification)

i.  Declaration of Rene Meza Sanchez   (Exhibit 11 to Plaintiffs' Motion for FLSA Class Certification)

k.  Declaration of Angel Pano Ruiz  (Exhibit 12 to Plaintiffs' Motion for FLSA Class Certification)

l.  Declaration of Octavio Revolledo Godines   (Exhibit 13 to Plaintiffs' Motion for FLSA Class Certification)

14.  On December 3, 2010 Defendant Vino Farms, Inc. caused to be served on Plaintiffs "Defendant Vino Farms, Inc.'s Request for Production to Plaintiff ....., Set One" on each of the named plaintiffs in this action.  Plaintiffs subsequently filed individual verified responses to those interrogatories.  Attached hereto as Exhibit 15 are true and correct copies of relevant excerpts from the following responses to Defendant Vino Farms, Inc.'s Request for Production:

a. Plaintiff Oscar Manuel Carillo Torres' Response to Defendant Vino Farms, Inc.'s Request for Production

b. Plaintiff Roberto Cruz Barragan's Response to Defendant Vino Farms, Inc.'s Request for Production

c. Plaintiff Christian Cruz Valverde's Response to Defendant Vino Farms, Inc.'s Request for Production

d. Plaintiff Gibran Rigoberto Diaz Campos' Response to Defendant Vino Farms, Inc.'s Request for Production

e. Plaintiff Uriel Torres Contreras'Response to Defendant Vino Farms, Inc.'s Request for Production

f. Plaintiff Tomas Ayala Gonzalez' Response to Defendant Vino Farms, Inc.'s Request for Production

g. Plaintiff Luis Manuel Torres Contreras' Response to Defendant Vino Farms, Inc.'s Request for Production

15. On January 12, 2012, in Sacramento California, the deposition of Elias Yepez was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms.

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

McKinney and attached hereto as Exhibit 16 are true and correct copies of excerpted portions of that deposition.

16. On November 3, 2011, in Sacramento California, the deposition of Gerardo Gonzalez was conducted under oath before certified shorthand reporter Deborah K. Lingonis (CSR-10973). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. Lingonis and attached hereto as Exhibit 17 are true and correct copies of excerpted portions of that deposition.

17. On October 18, 2011, in Sacramento California, the deposition of Michael Harder was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney and attached hereto as Exhibit 18 are true and correct copies of excerpted portions of that deposition.

18. On January 5, 2012, in Sacramento California, the deposition of Matthew Hemly was conducted under oath before certified shorthand reporter Sandra Walter (CSR-7486). I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. Walter and attached hereto as Exhibit 19 are true and correct copies of excerpted portions of that deposition.

19. On January 15, 201, in Sacramento California, the deposition of Enrique Salgado was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. Walter and attached hereto as Exhibit 20 are true and correct copies of excerpted portions of that deposition.

20.  On April 12, 2012 Plaintiffs filed and served "Plaintiff and Opt-In Declarations in Support of Pltffs Opposition to Islands, Inc and Thomas Hester's Motion for Summary Judgment" (Document 180) in this matter.   Attached to that document were declarations submitted in support of that motion.  Portions of those declarations are relevant to the issues currently before this court and are referred to by Plaintiffs in their Separate Statement of Undisputed Facts.  For the court's convenience, true and correct copies of the following declarations are attached hereto as Exhibit 21.

a. Declaration of Juan Alfonso Bailon

b. Declaration of Paulo Salgado Villafan

c. Declaration of Daniel Becerra Aguilar

d. Declaration of Ramon Naranjo

e. Declaration of Benigno Martinez Marquez

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

f. Declaration of Rigoberto Sandoval Preciado

g. Declaration of Librado Blas Martinez

h. Declaration of Fridsman Omar Pena Ochoa

i. Declaration of Fernando Gomez Rumbo

21. On November 9, 2010, Defendants Van Ruiten Brothers, John Van Ruiten, and James Van Ruiten caused to be served on Plaintiffs' counsel "Defendant Van Ruiten Brothers, John Van Ruiten, and James Van Ruiten's Rule 26(a)(1) Initial Disclosures." Attached hereto as Exhibit 22 are true and correct copies of relevant excerpts from Defendant Defendants Van Ruiten Brothers, John Van Ruiten, and James Van Ruiten's Rule 26(a)(1) Initial Disclosures. *See also* Declaration of Gabriela Mendez in Support of Plaintiffs' Opposition to Van Ruiten Brothers, John Van Ruiten, and James Van Ruiten's Motion For Summary Judgment, submitted herewith.

22. On November 16, 2010, Defendant Greene & Hemly, Inc. caused to be served on Plaintiffs' counsel "Defendant Greene & Hemly, Inc.'s Objections and Responses to Plaintiff Fray Marcelino Lopez Rodriguez's First Set of Interrogatories." Attached hereto as Exhibit 23 are true and correct copies of relevant excerpts from Defendant Greene & Hemly, Inc.'s Objections and Responses to Plaintiff Fray Marcelino Lopez Rodriguez's First Set of Interrogatories.

23. On June 17, 2011, Defendants Greene & Hemly, Inc. and Douglas Hemly caused to be served on Plaintiffs' counsel "Defendant Greene & Hemly, Inc.'s and Douglas Hemly's Objections and Responses to Plaintiff Fray Marcelino Lopez Rodriguez's Requests for Documents and Things (Set One)." Attached hereto as Exhibit 24 are true and correct copies of  relevant excerpts from Defendant Greene & Hemly, Inc.'s and Douglas Hemly's Objections and Responses to Plaintiff Fray Marcelino Lopez Rodriguez's Requests for Documents and Things (Set One) .

24. On February 12, 2010, Defendant SGLC, Inc. caused to be served on Plaintiffs' counsel "Defendant SGLC, Inc.'s Supplemental Responses to Plaintiffs First Set of Requests for Documents." Attached hereto as Exhibit 25 are true and correct copies of relevant excerpts from Defendant SGLC, Inc.'s Responses to Plaintiffs First Set of Requests for Documents.

25. On February 12, 2010, Defendants SGLC, Inc., Salvador Gonzalez, Julian Gonzalez and Salvador Gonzalez dba Salvador Gonzalez Farm Labor Contractor caused to be served on Plaintiffs' counsel "Defendants' Supplemental Responses to Plaintiffs First Set of Special Interrogatories." Attached hereto as Exhibit 26 is an Errata Sheet as this exhibit was added in error and is blank.

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

26. On January 26, 2009, Defendants SGLC, Inc., Salvador Gonzalez, Julian Gonzalez and Salvador Gonzalez dba Salvador Gonzalez Farm Labor Contractor caused to be served on Plaintiffs' counsel "Joint Supplemental Initial Disclosures." Attached hereto as Exhibit 27 are true and correct copies of relevant excerpts from the SGLC Defendants Joint Supplemental Initial Disclosures.

27.     On November 12, 2010, Defendants Greene and Hemly Inc. and Doug Hemly caused to be served on Plaintiffs' counsel "Initial Disclosure Statement of Defendants Greene and Hemly Inc. and Douglas Hemly Pursuant to Federal Rule of Civil Procedure 26."  Attached hereto as Exhibit 28 are true and correct copies of relevant excerpts from Defendants Greene and Hemly Inc.'s and Doug Hemly's initial disclosures.

28. On November 16, 2011, Defendant Douglas Hemly caused to be served on Plaintiffs' counsel "Defendant Douglas Hemly's Objections and Responses to Plaintiff Fray Marcelino Lopez Rodriguez's First Set of Interrogatories."  Attached hereto as Exhibit 29 are true and correct copies of relevant excerpts from Defendant Doug Hemly's Responses to Plaintiff Lopez Rodriguez's First Set of Interrogatories.

29. On December 6, 2010, Plaintiffs caused to be served on all Defendants' counsel "Plaintiffs' Supplemental Initial Disclosures."  Attached hereto as Exhibit 30 are true and correct copies of relevant excerpts from Plaintiffs' supplemental disclosures and translations of documents submitted in Spanish.

30. On August 17, 2009, Defendants SGLC, Inc., Salvador Gonzalez, Julian Gonzalez and Salvador Gonzalez dba Salvador Gonzalez Farm Labor Contractor caused to be served on Plaintiffs' counsel "Defendant SGLC, Inc.'s Responses to Plaintiffs' First Set of Requests for Documents." Attached hereto as Exhibit 31 are true and correct copies of relevant excerpts from the SGLC Defendants' Responses to Plaintiffs' First Set of Requests for Documents.

31. On November 30, 2011, Defendant Vino Farms, Inc. caused to be served on Plaintiffs' counsel "Defendant Vino Farms, Inc.'s Response to Plaintiff Fray Marcelino Lopez Rodriguez' First Set of Requests for Admissions."  Attached hereto as Exhibit 32 are true and correct copies of relevant excerpts from Defendant Vino Farms, Inc.'s Response to Plaintiff Fray Marcelino Lopez Rodriguez' First Set of Requests for Admissions.

32. On November 30, 2011, Defendant Vino Farms, Inc. caused to be served on Plaintiffs' counsel "Defendant Vino Farms, Inc.'s Response to Plaintiff Fray Marcelino Lopez Rodriguez' First

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

Set of Interrogatories."  Attached hereto as Exhibit 33 are true and correct copies of relevant excerpts from Defendant Vino Farms, Inc.'s Response to Plaintiff Fray Marcelino Lopez Rodriguez' First Set of Interrogatories.

33. On October 14, 2011, counsel for Defendant Vino Farms, Inc. sent Plaintiffs' counsel a letter with attached notes from Julie Ball taken during a February 20, 2008 meeting at which the SGLC Defendants and Vino Farms, Inc. representatives were present as well as email correspondence from Craig Ledbetter and Julie Ball.  Attached hereto as Exhibit 34 are true and correct copies of these documents provided to Plaintiff's counsel by Defendant Vino Farms, Inc.

34. On October 14, 2011 Plaintiffs' counsel caused to be served on Defendants' Counsel "Plaintiff Fray Marcelino Lopez Rodriguez's First Set of Request for Admissions to Defendant Van Ruiten Brothers.  On November 11, 2011, Defendant Van Ruiten Brothers, Inc. caused to be served on Plaintiffs' counsel "Response to Request for Admissions."  Attached hereto as Exhibit 35 are true and correct copies of both the Requests for Admissions and relevant excerpts from Defendant Van Ruiten Brothers, Inc.'s Responses to Plaintiffs' Request for Admissions.

35. On December 16, 2010, Defendant Vino Farms, Inc. caused to be served on Plaintiffs' counsel "Defendant Vino Farms, Inc.'s Rule 26(a)(1) Initial Disclosures."  Attached hereto as Exhibit 36 are true and correct copies of relevant excerpts from Defendant Vino Farms, Inc.'s Rule 26(a)(1) Initial Disclosures.

36.  On February 2, 2010, Plaintiffs filed with this Court Plaintiff's "Second Amended Complaint" against all Defendants.  Attached hereto as Exhibit 37 is a true and correct copy of Plaintiff's Second Amended Complaint.

37.  On September 27, 2011, in Sacramento California, the deposition of Defendant Thomas Hester was conducted under oath before certified shorthand reporter Teresa McKinney (CSR-10089).  I have personally reviewed a copy of the transcript of that deposition provided to my office by Ms. McKinney, and attached hereto as Exhibit 38 are true and correct copies of excerpted portions of that deposition.

38.  Plaintiffs' counsel has been unable to locate the consent to sue forms for Plaintiffs Daniel Becerra Aguilar, Oscar Manuel Carrillo Torres, Jorge Luis Rendon Silva, and Luis Ramon Naranjo Campos.  Counsel will gather consent to sue forms for those Plaintiffs as soon as possible.  These plaintiffs, with the exception of Mr. Armando Zunigas Arias, all responded to the discovery requests.

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.

Attached hereto as Exhibit 39 are true and correct copies of the verifications executed by Plaintiffs Daniel Becerra Aguilar, Oscar Manuel Carrillo Torres, Jorge Luis Rendon Silva, and Luis Ramon Naranjo Campos and submitted to Defendants with their responses to Defendant Vino Farms Request for Production of Documents.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and based upon my personal knowledge.  Executed this 17th day of May, 2012 in the City and County of San Francisco, California.

Dated:  May 17, 2012                    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By:  /S/ Cynthia L. Rice
Cynthia L. Rice
Attorney for Some Plaintiffs

13

2:08-CV-01971-MCE-KJN
Declaration of Cynthia L. Rice in Support of Plaintiffs' Opposition to Motions for Summary Judgment/Partial Summary Judgment by Defendants Greene and Hemly, Inc., Douglas Hemly, Van Ruiten Brothers, John Van Ruiten, James Van Ruiten, and Vino Farms, Inc.