# EXHIBIT 8

## TO

## DECLARATION OF CYNTHIA L. RICE

## Part 1 of 4 Parts

**U.S. Department Labor**     **Employment and Training Administration**
Chicago Processing Center
844 N. Rush Street
12th Floor
Chicago, IL 60611

June 10, 2008

SGLC INC.                              Case Number:   C-08102-09114
217 4TH ST.
GALT, CA 95632

**RE: SGLC INC.**

Dear Sir/Madam:

On June 02, 2008, this office accepted for consideration an application from you requesting H-2A temporary alien labor certification for 200 job opportunity(ies). Pursuant to 20 CFR 655.106, it has been determined that a sufficient number of able, willing and qualified U.S. workers have not been identified as being available at the time and place needed to fill all of the job opportunity for which certification has been requested. We are, therefore, granting certification for 200 job opportunity(ies).

**Certification Granted:**

A.   Number/Title of job opportunities certified: 200/FARMWORKER DIVERSIFIED CROP II
B.   Crop and Activity:                        Pears, Grapes, Apples, Asparagus, Cherries
C.   Area of Employment:                      Walnut Grove, CA
D.   Period covered by certification:         06/10/2008 - 12/31/2008

We hereby certify that the employment of the H-2A temporary alien agricultural workers in such labor or services will not adversely affect the wages and working conditions of workers in the United States similarly employed.

As provided by 20 CFR 655.106(c)(1), this certification is granted subject to the conditions and assurances made during the application process and the provisions of 20 CFR 655.106(e).

Consistent with the latter regulation, you must consider for employment all U.S. workers who are referred and will not refuse to hire any available worker for other than lawful job-related reasons until 50% of the contract period has elapsed.

You are reminded that 20 CFR 655.102(b) (11) stipulates that terminations of workers for cause and abandonment of the job by workers are to be reported. You should report terminations and job abandonment to the State Workforce Agency in writing within two (2) business days of the termination or, in the case of abandonment, within two (2) business days of discovering abandonment.

Enclosed is the bill for fees assessed for the H-2A certification. **Include your case number on any correspondence sent to the National Processing Center. Failure to do so may result in a delay in processing your application. Direct inquiries to Shane Barbour at 312-353-5752.**

Upon receipt of this notification, you will need to submit to the US Citizenship and Immigration Service (USCIS) the I-129 Form that is required in conjunction with an H-2A temporary labor certification application. The USCIS application form can be obtained at http://www.uscis.gov.

Sincerely,

William L. Carlson
Certifying Officer

Enclosure: Invoice for Certifications
CC: California Employment Development Department
        Workforce Services Division
        Ag Services Unit

Page 1 of 1

From:   Origin ID: GYYA   (312) 886-8000
49A 49A
US Department of Labor / ETA
844 N. RUSH

Chicago, IL 60611



Ship Date: 10JUN08
ActWgt: 1.0 LB
System#: 1034612/NET8011
Account#: S *********

SHIP TO:   (209) 745-7694       BILL SENDER

**SGLC INC**

**217 4TH ST**

**GALT, CA 95632**

Delivery Address Bar Code

Ref #
Invoice #
PO #
Dept #



TRK#   **7960 1151 2802**
0201

**WED - 11JUN        PM**
**PRIORITY OVERNIGHT**

**95632**
**CA-US**
**OAK**

# XH SCKA

After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Agricultural and Food Processing Clearance Order  *Replaced*
Pedido de Empleados para Agricultura y Procesamiento de Alimentos

U.S. Department of Labor
Employment and Training Administration
O.M.B. Approval No. 1205-0134, Expires 08/31/2009

| 1. Employer's Name and Address (Number, Street, City, State, Zip Code, and telephone number) Nombre y Dirección del Empleador (Número, calle, ciudad, código postal y teléfono) | Industry Code / Código de Industria | Job Order # / No. Orden de Emple |
|---|---|---|

SGLC INC.          PHONE NOT
217 4th St.        off: 209.745.2223
Galt ce 95632      cell: 916.417.9041
                   HH: 209.745.7694

Occupational Title and Code /Título Ocupacional y Código

Clearance Order Issue Date / Fecha de Tramite:

2. Location and Direction to Work Site / Dirección del lugar de trabajo

Job Order Expiration Date / Fecha de expiración:  12-31

6. Anticipated Period of Employment / Período Anticipado de Empleo
5.1.08
From/ Desde: _____  To/ Hasta _12_.31.08_

7. No. of Worker's Requested / No. de Trabajadores Pedidos

(see attachment / para más detalles vea)

3. Location and Description of Housing / Dirección y Descripción de la Vivienda

Clarksburg
H.O.
Deerbend 14877 Racetrack Rd
walnut Grove ce 95690
(see attachment / para más detalles vea)

| 8. Anticipated Hours of Work per Week / Horas Anticipadas de Trabajo por Semana | | Total: 40 |
|---|---|---|
| Sunday / Domingo | Wednesday / Miercoles | 8 |
| Monday / Lunes 8 | Thursday / Jueves | 8 |
| Tuesday / Martes 8 | Friday / Viernes | 8 |
| | Saturday / Sábado | 8 |

9. Collect Calls Accepted /Se Aceptan Llamadas a Cobrar:
Employer / El Empleador          Yes ☐ No ☐
Local Office /Oficina Local      Yes ☐ No ☐

4. Board Arrangements / Arreglo de Alojamiento

Housing free
Pays food, Meals at $9.15 daily } Workers
Transportation free
(see attachment / para más detalles vea)

5. Referral Instructions / Instrucciones para el Referimiento de Candidatos

10. Job Specifications / Descripción del Trabajo [Summary of Material Job Specifications in ENGLISH must be included inside this box]          (see attachment / para más detalles vea)

Harvesting: Pears, Grapes, Apples, cherries
Prunning: Pears, Grapes, Apples, Kiwi, cherries
General Maintenance: Pears, Grapes, Apples, Kiwi, che
Packing: Pears & Apples

See Attachment (see attachment / para más detalles vea)

10 a. Descripción del Trabajo / Job Specifications [Summary of Material Job Specifications in SPANISH must be included inside this box]

(see attachment / para más detalles vea

Agricultural and Food Processing Clearance Order
..lido de Empleados para Agricultura y Procesamiento de Alimento

**CORRECTION APPROVED &**
**NATIONAL PROCESSING CENTER**
**ON** 4-75-08

U.S. Department of Labor
Employment and Training Administration

OMB Approval No. 1205-0134, Expires 08/31/2009

**1. Employer's Name and Address (Number, Street, City, State, Zip Code, and telephone number)**
Nombre y Dirección del Empleador (Número, calle, ciudad, código postal y teléfono)

SGLC INC.    PHONE NO?

217 4th st.    OFF: 209-745-2223
Galt ca 95632    Cell: 916-417-9041
                 HH: 209-745-7644

| Industry Code / Código de Industria | Job Order # / No. Orden de Emp |
| --- | --- |

Occupational Title and Code / Título Ocupacional y Código

Clearance Order Issue Date / Fecha de Trámite:

**2. Location and Direction to Work Site / Dirección del lugar de Trabajo**

51 375 S. Netherlands Rd Clarksburg CA 95612
3554 STATE HWY 84 WALNUT GROVE CA 9509_
11275 HWY 160 COURTLAND CA 95615
14877 RACETRACK Rd WALNUT GROVE CA 95690

(see attachment / para más detalles vea)

Job Order Expiration Date / Fecha de expiración:    12/30

**6. Anticipated Period of Employment / Periodo Anticipado de Empleo**

From / Desde:    6/1/08    To / Hasta:    11/30/08 4/22/08

**7. No. of Workers Requested / No. de Trabajadores Pedidos**
200

**3. Location and Description of Housing / Dirección y Descripción de la Vivienda**

Clarksburg 51375 S. Netherlands Rd
                CLARKSBURG CA 95612
H.Q. 11275 Hwy 160 COURTLAND CA 95615
Deerbend 14877 Racetrack Rd
          Walnut Grove CA 95690

(see attachment / para más detalles vea)

**8. Anticipated Hours of Work per Week / Horas Anticipadas de Trabajo por Semana**

| | | Total: 40 |
| --- | --- | --- |
| Sunday / Domingo | | Wednesday / Miércoles 8 |
| Monday / Lunes | 8 | Thursday / Jueves 8 |
| Tuesday / Martes | 8 | Friday / Viernes 8 |
| | | Saturday / Sábado 8 |

**9. Collect Calls Accepted / Se Aceptan Llamadas a Cobrar:**
Employer / El Empleador    Yes ☐  No ☐
Local Office / Oficina Local    Yes ☐  No ☐

**4. Board Arrangements / Arreglo de Alojamiento**

Housing free    $14.50 4/23/08
Paid Food, Meals at $ 9.70 daily   { Workers
Transportation free      SEE ATTACHMENT  (Meals)

**5. Referral Instructions / Instrucciones para el Referimiento de Candidatos**

OFFICE IS OPEN FROM 9:00AM TO 5:00P.M MON — FRI
They can call or come in/ to the office for an Interview
4/23/08

(see attachment / para más detalles vea)

**10. Job Specifications / Descripción del Trabajo (Summary of Material Job Specifications in ENGLISH must be included inside this box)**

(see attachment / para más detalles vea)

Harvesting: Pears, Grapes, Apples, cherries

Prunning: Pears, Grapes, Apples, Kiwi, cherries

General Maintanance: Pears, Grapes, Apples, Kiwi, cher...

Packing: Pears & Apples

**10 a. Descripción del Trabajo / Job Specifications  [Summary of Material Job Specifications in SPANISH must be included inside this box]**

See Attachments

(see attachment / para más detalles vea)

## Barbour, Shane - ETA

| | |
|---|---|
| **From:** | Barbour, Shane - ETA |
| **Sent:** | Tuesday, June 10, 2008 10:20 AM |
| **To:** | 'sglcinc@yahoo.com' |
| **Cc:** | 'Flores, Elsa@EDD' |
| **Subject:** | Meal Charge |
| **Importance:** | High |

Hi Salvador,

I am preparing the case to certify today and I just wanted to make clear that the allowable Meal Charge rate for you is **$9.90** per three meals per day.  Your request to charge $12.27 per day for 3 meals was denied.

Thanks
Shane Barbour

May. 1. 2008  8:39AM   SALVADOR GONZALEZ LABOR CONTRACT          No. 6705   P. 2

Rejected        $9.90 meal charge

## Daily Labor Camp Expenses

| | | |
|---|---|---|
| Lead Cook | 4AM to 12AM | 8Hrs.@ $9.72Hr. = $77.76 |
| Cook Helper | 12AM to 8PM | 8Hrs.@ $9.72Hr. = $77.76 |
| Dishwasher | 10AM to 6PM | 8Hrs.@ $9.72Hr. = $77.76 |
| Janitor | 3PM to 10PM | 8Hrs.@ $9.72Hr. = $77.76 |

Total   311.04

Workman's Comp.     Daily        $311.04 x 7.79% = $24.23

Gas          Daily Expense           $18.33

Electric     Daily Expense           $20.66

Garbage      Daily Expense           $8.33

Total $382.59

50 Men            @     $12.27 ea. Day        $613.50
                                          - $382.59
Groceries                                    $230.91

Breakfast to be served  ----------------------  5AM to 6AM

Lunch to be served  ------------------------  11AM to 12PM

Dinner to be served  -----------------------  5PM to 7PM

*Rejected   $ 9.90 meal charge*

*(MEALS)*

| HOUSING EXPENSES | | WORKMANS COMP | DAILY | SUB-TOTAL | DAILY TOTAL |
|---|---|---|---|---|---|
| COOK | 100.00 | 7.79% | | 7.79 | 107.79 |
| COOK | 100.00 | 7.79% | | 7.79 | 107.79 |
| CAMP MAINTENANCE | 92.00 | 7.79% | | 7.17 | 99.17 |
| GAS | | | 18.33 | | 18.33 |
| UTILITIES | | | 20.66 | | 20.66 |
| GARBAGE | | | 8.33 | | 8.33 |
| TOTAL | | | | | 362.07 |
| SATE OF CALIF. ALLOWANCE | | | | | |
| BREAKFAST | | | 2.90 | | |
| LUNCH | | | 3.97 | | |
| DINNER | | | 5.34 | | |
| ROOM SHARE | | | | | |
| TOTAL EXPENSES | | | 12.21  50 MEN | 610.50 | |
| FOOD EXPENSES | | | | (362.07) | |
| | | | | 248.43 | |
| PROPOSAL EXPENSES | | | 14.50  50 MEN | 725.00 | |
| FOOD EXPENSES | | | | (362.07) | |
| | | | | 362.93 | |

Received

APR

U.S. Department of Labor
Foreign Labor Certification

COSA ___ _____ ___ BY
___ _____ CENTER

11. Wage Rates, Special Pay Information and Deductions / Tarifa de Pago, Información Sobre Pagos Especiales y Deducciones (Rebajas)

| Crop Activity / Cultivos | Wage Salario por Hora | Piece Rate / Unit(s) Pago por Pieza / Unidad(es) | Special Pay (bonus, etc.) Pagos Especiales (Bono, ect.) | Deductions / Deducciones | YES SI | NO | Pay Period Período de Pago |
|---|---|---|---|---|---|---|---|
| Pears | $ 9.20 hr | $ 19.00 Bin | | Social Normal | ✓ | | Weekly / Semanal |
| Grapes | $ 9.20 hr | 25.00/ | | Federal Tax Impuestos Federales | ✓ | | |
| Apples | $ 9.20 hr | $ 19.00 Bin | | State Tax Impuestos Estatales | ✓ | | Bi-weekly / cada 2 sem. |
| Cherries | $ 9.20 hr | 6.00 Box | | Meals (comidas) | ✓ | | |
| Maintenance | $ 9.20 hr | $ | | Other (specify) / Otro | | | Other / Otro |

More Details About the Pay / Más Detalles Sobre el Pago

They will get payed Once a weeks by check.
Piece rates will be payed as Stated above at $9.20
Guaranteed.

(see attachment / para más detalles vea)

12. Transportation Arrangements / Arreglos de Transportación (Please explain)

Will be Supplied by FLC. to and from work daily.
no cost to employees.
IN A FLV certified Vehicle.

(see attachment / para más detalles vea)

13. Is it the prevailing practice to use Farm Labor Contractors (FLC) to recruit, supervise, transport, house, or pay workers for this (these) crop activity(ies)? Es la costumbre en el area de usar Contratistas Agrícolas para reclutar, supervisar, transportar, dar vivienda, ó pagarle a los trabajadores en este/estos tipo(s) de cosecha(s)/sembrado(s)? Yes/Sí ☒ No ☐ If you have checked yes, what is the FLC wage for each activity?/Si contestó "Sí," cual es el salario que le paga al Contratista Agrícola para cada actividad?

14. Unemployment insurance provided / Seguro por Desempleo:                                              Yes ☒      No ☐
15. Workers' compensation insurance provided / Indemnización por accidente de trabajo:                   Yes ☒      No ☐
16. Are tools provided at no charge to the workers? / ¿Se le proveen las herramientas de trabajo a los trabajadores sin cargo alguno?   Yes ☒   No ☐

17. List any arrangements which have been made with establishment owners or agents for the payment of a commission or other benefits for sales made to workers. (If there are no such arrangements, enter "None")/Indique todo acuerdo o convenio con los propietarios del establecimiento o sus representantes con respecto al pago de una comisión u otros beneficios por ventas hechas a los trabajadores. (Si no hay ningún acuerdo o convenio, indique "Ninguno")

None

18. List any strike, work stoppage, slowdown, or interruption of operation by the employees at the place where the workers will be employed. (If there are no such incidents, enter "None")/ Enumere todo huelga, paro o interrupción de las operaciones por parte de los empleados en el lugar de empleo. (Si no hay, indique "Ninguno")

None

19. Address of Order Holding Office (include telephone number)/Dirección de la Oficina donde se Radicó la Oferta (incluya número de teléfono)

20. Name of Local Office Representative (include direct dial telephone number) / Nombre del Representante de la Oficina Local (incluya número de teléfono).

21. Employer's Certification: This job order describes the actual terms and conditions of the employment being offered by me and contains all the material terms and conditions of the job. Certificación del Empleador: Esta orden de trabajo describe los términos y condiciones de trabajo y contiene todos los materiales, términos, y condiciones ofrecidas.
Employer's Signature & Title/ Firma y Título del Empleador

READ CAREFULLY: In view of the statutorily established basic function of the Employment Service as a no-fee labor exchange, that is, as a forum for bringing together employers and job seekers, neither the ETA nor the State agencies are guarantors of the accuracy or truth-fullness of information contained on job orders submitted by employers. Nor does any job order accepted or recruited upon by the One-Stop Career Center constitute a contractual job offer to which the One-Stop Career Center, ETA or a State agency is in any way a party. LEASE CUIDADOSAMENTE: En vista de su función básica establecida estatutariamente el Servicio de Empleo es un intercambio gratis de trabajo para juntar a los empleadores y trabajadores que buscan empleo, ni ETA ni las agencias del estado pueden garantizar la verdad y certeza de la información contenida en la Orden de Trabajo sometida por el Empleador. Tampoco, ninguna orden de trabajo aceptada o reclutada por el Servicio de Empleos constituye una oferta contractual de la cual ETA ni la agencia del Estado son parte.

Public reporting burden for the ETA Form 790 is estimated to be approximately 60 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and reviewing the collection. Respondents obligation to reply to these requirements and answers is mandatory by 20 CFR 653.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. Comments regarding this burden estimate or any other aspect of this collection, including suggestions for reducing the burden can be sent to the U.S. Department of Labor, Office of Workforce Investment, Room S-4321, Washington, D.C. 20210 (Paperwork Reduction Project 1205-0134).

# Attachments to ETA Form 790

Job Order Number: _____

## ITEM 2 - LOCATION AND DIRECTION TO WORK SITE:

The work site is located at _____ in the following
county/counties: _____.   The directions to the work site are:
Sacramento / San Joaquin / Yolo / Solano / NAPA / Sonoma.
_____
_____

## ITEM 3 - LOCATION AND DESCRIPTION OF HOUSING:

Location: Housing is located at #1 Camp _____
_____
_____

Directions to housing are _____
_____
_____

Description of housing: Housing Set For 50 Men Each Camp.
Sink Chutes _____

Housing will be clean and meet applicable Federal Housing Standards.  Workers will be
responsible for maintaining housing in a neat, clean manner.  Reasonable repair cost of damage,
other than that caused by normal wear and tear, will be deducted from the earnings of workers
found to have been responsible for damage to housing or furnishings.  Housing and utilities are
provided at no cost to workers who are unable to return to their place of residence the same day.
*If both male and female workers are hired*, separate toilet, shower facilities, *and sleeping
rooms,* will be provided by the employer.

**Employer requests conditional access into the Interstate and Intrastate Clearance System
and assures that the worker housing will meet the applicable Federal Standards not later
than 30 days in advance of the date of need reflected on the attached ETA 790.**

_____          4.9.08
**Signature**                                          **Date**

Workers may be reached at the following address and phone number:

ADDRESS:_____ PHONE NUMBER:_____

_____
_____
_____                    CORRECTION APPROVED &
_____                    ...ATIONAL PROCESSING CENTER
                                                    _SA_ ON _4-25-0_
**ITEM 4 - BOARD ARRANGEMENTS:** *(Check Appropriate Item(s))*        DATE

7 ☒ Employer will provide 3 meals per day and will deduct $ 9.70 per day.

☐ Employer will furnish free and convenient cooking and kitchen facilities so workers may
prepare their own meals.  Employer will provide (on a voluntary basis) transportation to assure
workers access to stores where they can purchase groceries.

**ITEM 5 - REFERRAL INSTRUCTIONS:** *(Include here who an applicant or State Workforce
Agency Representative should contact concerning employment and how that person may be
reached)*

_____Julian Gonzalez   call 916-417-9039_____
_____Mexico Office  011-52-314-33-50412   Julian
_____Salvador Gonzalez   call 916-417-9041_____
_____office  209-745-2223_____
_____
_____

Applicants, Workforce Agency Personnel, Walk-ins, Gate Hires, etc. may:
___☒ Call for an interview during normal business hours at the number listed on the ETA 790.
_____Report to the farm office or worksite listed on the ETA 790.
_____Other (describe) _____
_____
_____
_____

**ITEM 8 - ANTICIPATED HOURS OF WORK:**

___8___hours per day is normal.  The worker may be requested but not required to work
___8___hours per day and/or on the Sabbath or Federal holidays depending upon the
conditions in the fields or orchards, weather and maturity of the crop.

CORRECTION APPROVE
NATIONAL PROCESSING CE
ON  U-45-

**ITEM 11 – WAGE RATES, SPECIAL PAY INFORMATION AND DEDUCTIONS:**

(a) The Adverse Effect Wage Rate of $ ___ 9.72 ___, the prevailing hourly wage rate or piece rate, or the federal minimum wage rate, whichever is greatest, will be the minimum rate of pay. Employer assures that if a change in the AEWR requires an increase in the guaranteed minimum, such increase will be paid as of the effective date of the increase.   If the worker's piece rate earnings for a pay period result in average hourly earnings of less than the guaranteed minimum, the worker will be provided make-up pay to the guaranteed minimum rate.

This job offer includes the following crop activities and rates of pay per unit: (*Include all crops and activities not listed on ETA 790, Item 9*)

Pears       $ 19.ᵒᵒ   Bin
Apples      $ 19.ᵒᵒ   Bin
Cherries    $ 6.ᵒᵒ    Box
Grapes      $ 25.ᵒᵒ Ton  up to $120.ᵒᵒ Ton
Asparigus   $ ?
General Maintance  Grapes / apples / pears / cherries   $ 9.ᵒᵒ  Hour

(b) The following deductions will be made:

_____ Taxes, if applicable under Federal, State, and local law from U.S. Workers;
_____ FICA Taxes _____ FUTA Taxes _____ Federal Income Tax Withholding
__X__ Advances;
__X__ Meals;
__X__ Willful destruction of property;
_____ Other (Specify) _____

{tc \l2 "}No deductions will be made which would bring the employee's hourly wage below the Federal Minimum Wage.{tc \l2 "No deductions will be made which would bring the employee's hourly wage below the Federal Minimum Wage.}

(c) The employer will ___, will not __X__ pay the worker a bonus of $ ___ based on Quality Picking _____ End of Season _____ Other_____. Anticipated date by which payments will be made: _____

(d) Employer guarantees to offer employment for a minimum of ¾ of the workdays of the total specified period during which the work contract and all extensions thereof are in effect, beginning with the first day after worker arrives at the place of employment and ending on the expiration date specified in the work contract or extensions thereof.  In Act of God termination, the ¾ guarantee period ends on the date of termination.

(e) Payroll Periods will be __1__ Weekly: _____ Twice Monthly. Workers will be paid on __4__ (day of the week) each payroll period and will be provided with an

CORRECTION APPROVED BY
NATIONAL PROCESSING CENTER
____ ON _____
DATE

earnings statement, which contains at a minimum, the hours actually worked, total earnings, *piece rates/ number of units (if piece rates are used),* and all deductions. The statements will comply with 20CFR 655.102(b)(8).

{tc \l1 "Payroll Periods will be __1__ Weekly; _____ Twice Monthly. Workers will be paid on __4__ (day of the week) each payroll period and will be provided with an earnings statement, which contains at a minimum, the hours actually worked, total earnings, and all deductions. The statements will comply with 20CFR 655.102(b)(8).}

(f) Employer will provide a worker referred through the interstate clearance system __40__ hours of work for the week beginning with the anticipated date of need, unless employer has amended the date of need by notifying the order holding office no later than 10 days before the date of need. If employer fails to notify the order-holding office, then employer shall pay an eligible worker referred through the clearance system $ __Green__ for the first week starting with the originally anticipated date of need. Employer will ~~will~~ will not ____ require worker to perform alternative work if the guarantee cited in this section is invoked. Alternate work may be provided if the guarantee cited in this section is invoked. The alternate work and pay will be:

_____

If a worker referred through the interstate clearance system fails to notify the order-holding office of continued interest in the job at least 5 days before the date of need, worker will be disqualified from the above-mentioned assurance.

### ITEM 12 - TRANSPORTATION ARRANGEMENTS:

The employer will provide advance transportation for reasonable (most economical) common carrier or other transportation which conforms to the Interstate Commerce Commission (ICC) inbound transportation **(if it is the prevailing practice).** If not the prevailing practice, the employer will reimburse the worker for transportation costs and subsistence to the employer's work site when the worker completes 50% of the work period.

The employer will also provide **advance** subsistence at a minimum amount of **$ N/A** per 24-hour period of travel from place of recruitment to the place of employment (if it is the **prevailing practice).**

Workers who provide receipts for meals and non-alcoholic beverages in excess of **$ N/A** will be reimbursed during the first pay period, up to the maximum amount of **$ N/A** per 24-hour period of travel from place of recruitment to the place of employment **(if it is the prevailing practice).**

Workers who voluntarily quit or are terminated for cause prior to completing 50% of the contract period will be required to reimburse the employer for the full amounts of transportation and subsistence which were **advanced and/or reimbursed to the worker.**

After worker has completed 50% of the work contract period, employer will reimburse worker for the cost of transportation and subsistence from the place *of recruitment* to the place of

employment. Upon completion of the work contract, employer will pay reasonable costs of return transportation and subsistence (**travel reimbursement subsistence will be the minimum amount of $9.08 __ per 24-hour period of travel and the maximum amount will be $ 11.25 __ per day**) from the place of employment to the place *of recruitment,* except when the worker will not be returning to the place *of recruitment* due to subsequent employment with another employer who agrees to pay such costs, in which case the employer will only pay for the transportation *and subsistence* to the next job. The amount of the transportation payment will be equal to the most economical and reasonable similar common carrier transportation charges for the distance involved. These arrangements apply only to workers for whom the employer is legally obligated to supply housing.

Free transportation will be provided from the housing location to the work site and return each day.

## ITEM 13 - OTHER CLARIFICATIONS AND ASSURANCES:

TERMINATIONS: The employer may terminate the worker with notification to the Employment Service if the worker: (a) refuses without justified cause to perform work for which the worker was recruited and hired; (b) commits serious acts of misconduct; or (c) fails, after completing any training or break-in period, to reach productions standards when production standards are applicable.

In the event of termination for medical reasons occurring after arrival on the job, or occurring as a result of employment, or in the event of termination resulting from an Act of God, the employer will pay or provide reasonable costs of return transportation and subsistence to the place *of recruitment.* *Additionally, the employer will* reimburse worker for reasonable costs of transportation and subsistence incurred by the worker to get to the place of employment.

**EMPLOYER FURNISHED TOOLS AND EQUIPMENT: The employer will furnish, without cost, all tools, supplies, or equipment required in the performance of work.**

TRAINING: Training will be provided for 5 days and workers will be allowed 5 days to reach the production standards of the activity.

PRODUCTION STANDARDS: Worker will be expected to meet the following production standards after completion of training or break-in period, if applicable: (*List the production standards for each activity if production standards are applicable*):

Quality
Quantity
Production                  Stated

INJURIES: The employer will provide Workers Compensation Insurance or equivalent employer provided insurance, at no cost to the worker, covering injury and disease arising out of, and in the course of, the worker's employment.  Employer's proof of insurance coverage will be provided to the ETA field office before certification is granted.

EMPLOYER OBLIGATION IF EMPLOYMENT EXTENDED: No extension of employment beyond the period of employment specified in the job order shall relieve the employer from paying the wages already earned, or, if specified in the job order as a term of employment, providing return transportation or paying return transportation expenses to the worker.

TERMS AND CONDITION CHANGES: The employer will expeditiously notify the order-holding office or State agency by telephone immediately upon learning that a crop is maturing earlier or later, or that weather conditions, over-recruitment, or other factors have changed the terms and conditions of employment.

OUTREACH WORKERS: Outreach workers shall have reasonable access to the worker in the conduct of outreach activities pursuant to 20 CFR 653.107 and 20 CFR 653.501.

CONTRACT IMPOSSIBLITY: The employer will terminate the work contract of any worker whose services are no longer required for reasons beyond the control of the employer or an act of God.  In the event of such termination, the employer will be bound by the three-fourths guarantee from the first workday after arrival to the date of termination.

PROOF OF CITIZENSHIP: All workers hired under this order will be required to provide documentation attesting to U. S. citizenship or legal status to work in the U. S.

AGRICULTURAL WORK AGREEMENT: A copy of the agricultural work agreement contract or the ETA 790 and attachments will be provided to the worker by the employer no later than on the day the work commences.

NUMBER OF WORKERS: The employer expects the total number of workers to be used in this occupation to be _560_, of which _200_ will be H-2A workers for which certification is requested, and the balance will be domestic workers.  These numbers are estimates as total workforce needs are dependent upon weather, crop conditions, and worker availability.

OTHER: The employer agrees to abide by the regulations at 20 CFR 655.103, Assurances, and 20 CFR 653.501.  The working conditions will comply with applicable Federal and State minimum wage, child labor, social security, health and safety, farm labor contractor registration and other employment-related laws.  The employer is an Equal Employment Opportunity employer and will offer U. S workers at least the same opportunities, wages, benefits, and

Itemized Instructions for completing form eta-750

The lawful job-related reason for not hiring each applicant.

## F. Employment Service Findings

After the required recruitment period, the State employment service will forward the application and all other documentation, along with its findings, to the appropriate Department of Labor regional certifying officer for a determination. If the certifying officer denies the application, the employer and the alien will be informed of their rebuttal and appeal rights.

### Part IV

## Documentation Required for Occupations on Schedule A

The Schedule A list of pre-certified occupations is subject to revision from time to time, based on U.S. labor market conditions. Therefore, current information on specific occupational groups and qualification standards included in Schedule A should be obtained from State employment service offices, the U.S. Department of State's Consular Offices abroad, and District Offices of the Immigration and Naturalization Service.

Documentary requirements for individual eligibility may vary and specific information can be obtained from the above agencies and the regulations at 20 CFR 656.22.

A determination on a Schedule A application is based on whether the alien meets the qualification standards of the group under which the alien is applying for labor certification. The alien may have to show evidence of prearranged employment. The Schedule A determination of the Immigration and Naturalization Service or U.S. Department of State is conclusive and final.

General documentation requirements which may apply to any Schedule A group are:

**A.** Original documents may be submitted, not necessarily in duplicate;

**B.** If return of the original is desired, it may be accompanied by a photostatic or typewritten copy, provided such copies are permitted by law (Do not make copies of a certificate of naturalization or citizenship);

**C.** Photostatic copies without the original may be submitted, if they are certified by an immigration or consular officer as identical to the original;

**D.** Affidavits or published material are recommended as evidence of the alien's technical training or specialized experience; and

**E.** Affidavits must be signed and dated by someone familiar with the alien's work, such as former employers or recognized experts and must fully identify the applicant showing the capacity in which the applicant is testifying.

## Reminders

Read instructions carefully before completing forms and preparing documentation.

Applications for Alien Employment Certification must be submitted in duplicate.

Date and sign all copies of forms in original signature.

Employers must file their application with the State Employment Service Office serving the area of intended employment.

Schedule A applications filed by aliens must be filed with District Offices of the Immigration and Naturalization Service in the United States or with U.S. Consular offices abroad.

Itemized Instructions for completing form eta-750

The employer and the alien will be notified, in writing, when a determination is made on tier application.

Questions on procedures for filing for a labor certification should be directed to States Employment Service Offices.

**Employment and Training Administration**
U.S. Department of Labor
Frances Perkins Building
200 Constitution Avenue, NW
Washington, DC 20210

1-877-US-2JOBS
Contact Us
Pagemaster (Page content/style questions)
Webmaster. (Technical Issues)







# GREENE AND HEMLY INC.

| NOMBRE DEL RANCHO | DIRECCION |
|---|---|
| Cave | |
| Head Quarters | 11275 CA-160, Courtland. California |
| Pearson | 11551 CA-160, Courtland, California |
| J. H. Thomas | 41810 CA-160, Courtland, California |
| Merritt | 40070 CA-160, Courtland, California |
| Aldrich | 14534 CA-160, Ryde, California |

# ISLANDS

| NOMBRE DEL RANCHO | DIRECCION |
|---|---|
| North orchard | 5145 Ryer Rd east, Ryer Island, California |
| Center orchard ( los perros) | 4699 Ryer Rd east, Ryer Island, California |
| H.H. Hamilton | 4559 Ryer Rd east, Ryer Island, California |
| South orchard | 3315 Ryer Rd east, Ryer Island, California |
| Cherries orchard | 3832 South CA-84, Ryer Island, California |
| Granny smith apples orchard | 3878 South CA-84, Ryer Island, California |
| 220 orchard | CA-220  corner with CA-84 |

## FORM ETA 750

**Question #7**

| | | | | | |
|---|---|---|---|---|---|
| R-1 | 13126 | Peltier Rd. | Acampo, | Ca. | 95220 |
| R-2 | 13715 | E. Prouty Rd. | Galt, | Ca. | 95632 |
| R-3 | 8345 | Grant Line Rd. | Elk Grove | Ca. | 95624 |
| R-4 | ¼ | Mile Sloughhouse Rd. & 1 Mile E. Folsom Canal | | Ca. | 95683 |
| R-5 | 14248 | Peltier Rd. | Acampo, | Ca. | 95220 |
| R-6 | 2 Miles S. Grant Line Rd. on Bietzel Rd. Elk Grove, | | | Ca. | 95624 |
| R-7 | Cherry Road | | Lodi, | Ca. | |
| R-8 | 13440 | Clay Station Rd. | Herald, | Ca. | 95638 |
| R-9 | 8886 | Orr Road | Galt, | Ca. | 95632 |
| R-11 | 2301 | Lambert Road | Elk Grove, | Ca. | 95757 |
| R-14 | | | | | |
| R-15 | 7995 | Sloughhouse Rd. | Sloughhouse Rd. | Ca. | 95683 |
| R-16 | 12890 | Alabama Rd. | Galt, | Ca. | 95632 |
| R-17 | 51375 | S. Netherland Rd. | Clarksburg | Ca. | 95612 |
| R-18 | 13011 | Alabama Road | Galt, | Ca. | 95632 |
| R-19 | | | | | |
| LF-1 | 8477 | E. Peltier Road | Acampo, | Ca. | 95220 |
| LF-3 | ½ Mile S. Peltier Road On Sowles Ext. Acampo, | | | Ca. | 95220 |

**LF-4**
**Thorton**
**Consumnes**
**Head Quarters**
**Thomas**
**Pierson**
**Merritt**
**Davis**
**Clarksburg**

For our cherries harvest the workers will be picking cherries into buckets and dumping into a small boxes. They will be paid a piece rate $6.00 a box.
They will be doing ladder work to reach the tops of the trees.

For our Pears/Apples harvest the workers will be picking into Pears/Apples bags and dumping into bins at a piece rate $19.00 a bin.
They will be doing ladder work to reach the tops of the trees.

For our Grape harvest our workers are picking Grapes into picking tubs being dumped into gondolas. Then the tractor drivers take them to be dumped into a tractor trailer by a forklift driver. This is also by a piece rate the price depends on the variety of grapes. It can starter $25.00 Up to $150.00 Ton.

Our general plant maintenance work is considered:
Pruning Vines
Training Vines
Tying
Suckering
Weed Control (Shoveling)
Irrigation
Thinning.

## GREENE AND HEMLY INC.

| NOMBRE DEL RANCHO | DIRECCION |
| --- | --- |
| Cave | |
| Head Quarters | 11275 CA-160, Courtland. California |
| Pearson | 11551 CA-160, Courtland, California |
| J. H. Thomas | 41810 CA-160, Courtland, California |
| Merritt | 40070 CA-160, Courtland, California |
| Aldrich | 14534 CA-160, Ryde, California |

## ISLANDS

| NOMBRE DEL RANCHO | DIRECCION |
| --- | --- |
| North orchard | 5145 Ryer Rd east, Ryer Island, California |
| Center orchard ( los perros) | 4699 Ryer Rd east, Ryer Island, California |
| H.H. Hamilton | 4559 Ryer Rd east, Ryer Island, California |
| South orchard | 3315 Ryer Rd east, Ryer Island, California |
| Cherries orchard | 3832 South CA-84, Ryer Island, California |
| Granny smith apples orchard | 3878 South CA-84, Ryer Island, California |
| 220 orchard | CA-220  corner with CA-84 |



FORM ETA 750

Question #7

| R-1 | 13126 | Peltier Rd. | Acampo, | Ca. | 95220 |
|---|---|---|---|---|---|
| R-2 | 13715 | E. Prouty Rd. | Galt, | Ca. | 95632 |
| R-3 | 8345 | Grant Line Rd. | Elk Grove | Ca. | 95624 |
| R-4 | ¼ | Mile Sloughouse Rd. & 1 Mile E. Folsom Canal | | Ca. | 95683 |
| R-5 | 14248 | Peltier Rd. | Acampo, | Ca. | 95220 |
| R-6 | 2 Miles S. Grant Line Rd. on Bietzel Rd. Elk Grove, | | | Ca. | 95624 |
| R-7 | Cherry Road | | Lodi, | Ca. | |
| R-8 | 13440 | Clay Station Rd. | Herald, | Ca. | 95638 |
| R-9 | 8886 | Orr Road | Galt, | Ca. | 95632 |
| R-11 | 2301 | Lambert Road | Elk Grove, | Ca. | 95757 |
| R-14 | | | | | |
| R-15 | 7995 | Sloughouse Rd. | Sloughhouse Rd. | Ca. | 95683 |
| R-16 | 12890 | Alabama Rd. | Galt, | Ca. | 95632 |
| R-17 | 51375 | S. Netherland Rd. | Clarksburg | Ca. | 95612 |
| R-18 | 13011 | Alabama Road | Galt, | Ca. | 95632 |
| R-19 | | | | | |
| LF-1 | 8477 | E. Peltier Road | Acampo, | Ca. | 95220 |
| LF-3 | ½ Mile | S. Peltier Road On Sowles Ext. Acampo, | | Ca. | 95220 |
| LF-4 | | | | | |

Thorton
Consumnes
Head Quarters
Thomas
Pierson
Merritt
Davis
Clarksburg

For our cherries harvest the workers will be picking cherries into buckets and dumping into a small boxes. They will be paid a piece rate $6.00 a box.
They will be doing ladder work to reach the tops of the trees.

For our Pears/Apples harvest the workers will be picking into Pears/Apples bags and dumping into bins at a piece rate $19.00 a bin.
They will be doing ladder work to reach the tops of the trees.

For our Grape harvest our workers are picking Grapes into picking tubs being dumped into gondolas. Then the tractor drivers take them to be dumped into a tractor trailer by a forklift driver. This is also by a piece rate the price depends on the variety of grapes. It can starter $25.00 Up to $150.00 Ton.

Our general plant maintenance work is considered:
Pruning Vines
Training Vines
Tying
Suckering
Weed Control (Shoveling)
Irrigation
Thinning.

none













**FARM LABOR CONTRACTOR LICENSE**
STATE OF CALIFORNIA
DEPARTMENT OF INDUSTRIAL RELATIONS
DIVISION OF LABOR STANDARDS ENFORCEMENT

LICENSE # FL 36264
Expires: 7/15/08



**SALVADOR GONZALEZ**
DBA: SALVADOR GONZALEZ LABOR CONTRACTOR
**217 4TH ST.**
**GALT, CA  95632**

Has met the requirements of the Labor Code and has deposited a surety bond
in the amount of $75,000     , is hereby licensed to conduct business as
a farm labor contractor for the period designated hereon.  License may NOT be
transferred or assigned.

ISSUED: 11/15/07                        LABOR COMMISSIONER

State of California--Business, Transportation and Housing Agency        ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF CALIFORNIA HIGHWAY PATROL**
P. O. Box 942898
Sacramento, California 94298-0001
(916) 375-2810
(800) 735-2929 (TT/TDD)
(800) 735-2922 (Voice)



**March 24, 2008**

ASSIGNMENT OF CARRIER IDENTIFICATION NUMBER CA 367500

File No.: 42.A07970.ASSIGNMENT

SGLC INC
217 4TH ST
GALT, CA 95632

Your company has been assigned Carrier Number CA 367500 in the California Highway Patrol's Management Information System of Terminal Evaluation Records (MISTER). This is an automated file pertaining to motor carriers operating in the State of California. MISTER gives the CHP immediate access to emergency information about your company. It also allows the CHP to make better use of its inspection personnel by monitoring the overall safety operations of carriers. This is done by collecting information regarding citations, traffic accidents, hazardous material spills, and terminal evaluation ratings.

Your assigned Carrier Number must be displayed according to Vehicle Code Section 34507.5 (e.g., on both sides of at least one vehicle in a combination as described in Section 34500, any motortruck of two or more axles that is more than 10,000 pounds gross vehicle weight rating, or any other motortruck or motor vehicle used to transport property for compensation). Carriers displaying any one of the following valid numbers on their vehicle(s) are not required to display a CA number: a CAL-T number issued by the California Public Utilities Commission to household goods carriers; a TCP or PSC number issued by the California Public Utilities Commission to passenger carriers; or a DOT, MC or MX number issued by the former Interstate Commerce Commission (ICC) or the Federal Motor Carrier Safety Administration (FMCSA) to truck and passenger carriers. The number must be legible from 50 feet during normal daylight hours (approximately two inches high) and in a contrasting color to the background.

Example of proper display:   CA 367500

If you have any questions regarding your assigned Carrier Number or the requirement to display the number, please contact the CHP Valley Division Motor Carrier Safety Unit at (916) 464-2102.



L1. Rev. 2/08                          *Safety, Service and Security*

U.S. Department of Labor
Employment Standards Administration
Wage and Hour Division

Farm Labor Contractor Certificate of Registration
No.    C-09-441414-G-08-R
Expires    07/31/2008

Name    GONZALEZ, SALVADOR DBA: SALVADOR GONZALEZ LABOR

I certify that the person named above is registered pursuant to the Migrant and
Seasonal Agricultural Worker Protection Act and is authorized to perform the following
activities covered by the Act: Recruit, solicit, furnish, hire and employ.

| Transportation | | Authorized | x | Not Authorized |
| Housing | x | Authorized | | Not Authorized |
| Driving | | Authorized | x | Not Authorized |

Approved    George Friday                              Date: 08/01/2006

(Regional Administrator)                    WH-511 (6/96)
131677

Social Security Account No.

Social Security Employer ID No.    58-9441414

Perm. Home Address:

(City or Town)                    (State)        (ZIP Code)

Date of
Birth                    Height        Weight

(Month)  (Day)  (Year)

This Certificate is based on the Migrant and Seasonal Agricultural Worker Protection
Act and regulation issued thereunder, and on my application for registration. It may be
revoked or suspended, its renewal denied, for noncompliance with the Act or regulation,
including applicable requirements for transporting and housing migrant workers. Such
noncompliance may constitute a criminal offense.

(Signature of Holder)                    (Title)

The following vehicle(s) were authorized to transport migrant and seasonal agricultural workers
within the meaning of the Act as specified below unless such authorization is otherwise terminated.

| Yr. | Make and Model | Serial or Motor No. | No. of Seats in Vehicle | Authorization Ending |
|-----|----------------|---------------------|-------------------------|----------------------|
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |
| XXXX | XXXXXX | XXXXXXXXXX | XX | XXXX |

Location of Facility or Real Properties:

1) VINO FARMS, 51375 S NORTHERLAND RD, Clarksburg CA 95612

Type of Construction Cinder Block                    No. of Units

Owner's Name    VINO FARMS INC

Mailing Address  10651 EASTSIDE RD

Healdsburg, CA  95448

XXXXXXXXXXXXXXXXXXXXXXX

Type of Construction XXXXXXXXXXXXXXXXX        No. of Units    XXXX

Owner's Name    XXXXXXXXXXXXXXXXXXXXX

Mailing Address  XXXXXXXXXXXXXXXXXXXXX

XXXXXXXXXXXXXXXXXXXXX

Based on the contractor's submission, housing is authorized at the above locations unless
such authorization is otherwise terminated.

C-09-441414-G-08-R                    Date    08/01/2006

Name GONZALEZ, SALVADOR

Worker's Compensation Insurance Holder (if applicable):

C-09-441414-G-08-R                    Date:

Name    GONZALEZ, SALVADOR



Received

U.S. Department
Foreign Labor...

**U.S. Department of Labor**      **Employment and Training Administration**
Chicago Processing Center
844 N. Rush Street
12th Floor
Chicago, IL 60611

June 02, 2008

SGLC INC.
217 4TH ST.
GALT, CA 95632

No. of Job Openings:        200
Occupation:                 FARMWORKER DIVERSIFIED CROP II
Period of Employment:       06/10/2008 through 12/31/2008
Case Reference Number:      C-08102-09114
Determination Date:         June 02, 2008

Dear Mr. Gonzalez:

Your application seeking temporary labor certification under the H-2A temporary agricultural program has been reviewed and accepted for processing. Your application is timely and contains the required assurances that the conditions of employment necessary to ensure that the wages and working conditions of U.S. workers similarly employed will not be adversely affected. In order to receive a final determination on your temporary labor certification application, you are required to:

1.   Cooperate with the applicable State Workforce Agency (SWA) to prepare a job order for local, intrastate, and interstate recruitment of U.S. workers based on information regarding the job opportunity that has been supplied by you (20 CFR 655.103(d)(1)). This job order will be managed on your behalf by the SWA and shall direct applicants to report or send resumes to the nearest local office of the SWA prior to referral to your place of employment. For applications filed by an association of agricultural producers, the SWA will prepare a single job order in the name of the association on behalf of all the employer-members duly named in the application.

2.   Accomplish the following recruitment steps between now and the date that the foreign workers depart for your place of employment (20 CFR 655.105(a)):

   A.   *Local Newspaper Advertisements*: Place at least two (2) advertisements for your job opportunity(s) in a newspaper of general circulation serving the area of intended employment, which may be a daily local newspaper. If your job opportunity is located in a rural area where a newspaper with a daily edition is not available, you may use a daily edition with the widest circulation in the nearest urban area **or** such other publication, including trade publications, serving the area of intended employment that you believe will most likely bring responses from U.S. farm workers.

Newspaper advertisements posted by employers must:

a.   Identify the name of the employer and location(s) of work, or in the event that an association is serving as the employer, a statement indicating that the name and location of each member of the association can be obtained through the SWA;

b.   Provide a description of the nature and anticipated duration of the job opportunity;

c.   Identify the wage rate required by law, or in the event that an association is serving as the employer, the range of applicable wages and a statement indicating that the rate applicable to each member can be obtained through the SWA;

d.   State the ¾ guarantee;

e.   If applicable, state that work tools, supplies, and equipment will be provided without cost to the worker;

f.   State that housing will be provided without cost to workers who cannot reasonably return to their permanent residence at the end of the work day;

g.   If applicable, state that expenses for subsistence and transportation to the worksite will be provided or paid by the employer, with payment to be made no later than completion of 50% of the work contract; and

h.   Direct applicants to report or send resumes to the SWA for referral to you by using the following language in your advertisement: *"Apply for this job at the nearest California Employment Development Department office using job listing number CA9337921."*

B.   *Contact Former U.S. Workers:* Establish contact with former U.S. workers employed by you in the occupation at the place of employment during the previous season and solicit their return to the job this season. You should retain documentation on efforts to contact former U.S. workers as well as any responses received and be prepared to submit such documentation only in response to a request from our office.

> **Important Note:** In accordance with Federal regulations, your obligation to engage in positive recruitment efforts will terminate on the date the foreign worker(s) departs from his or her place of residence for your place of work.

3.   As soon as they are received by you, original newspaper pages (i.e., tear sheets) or other proof of publication (e.g., affidavit of publication, invoices or other electronic verification) furnished by the newspaper for each day the advertisement was published must be submitted to our office. Documentation providing proof of publication must be supplemented with a copy of the text of the advertisement that was published. You are not required to provide documentation that your newspaper advertisements are scheduled to run or copies of proposed advertisements.

4.   Based on the results of your recruitment efforts, submit a written recruitment report containing your original signature to our office no later than May 30, 2008. The recruitment report must (a) identify each recruitment source by name, (b) state the name, address, and telephone number of each U.S. worker who applied for the job during the recruitment period, and (c) explain the lawful job-related reason(s) for not hiring each U.S. worker. This information will allow our office to make a timely determination on whether to grant or deny the certification thirty (30) days in advance of the stated date of need.

Please remember that you must interview all U.S. workers who apply to you (or on whose behalf an application is made), including those who apply directly to you, for your job opportunity. Any U.S. worker who applies to you (or on whose behalf an application is made), but whom you reject for other than a lawful, job-related reason(s) or fail to provide with a lawful, job-related reason(s) for rejection, will be considered available for work by this office.

Our office must approve any amendments to your original H-2A application, such as a change in the period of employment, number of workers requested, or other minor modifications. Any request for such approval must be submitted in writing. If checked, the additional statement(s) listed below apply to your application:

   X        You are authorized conditional entry into the interstate clearance system based upon your written request and assurance(s) that your housing will meet Department of Labor standards by at least June 02, 2008, which is thirty (30) calendar days before the housing is to be occupied. It is recommended that you schedule housing inspections thirty-five (35) days prior to your start date of employment to allow for correction of any possible deficiencies.

           In order to receive a labor certification, you must submit evidence that you have obtained workers' compensation coverage for your employees. Such evidence, including the name of the insurance carrier and the policy number or proof of State law coverage, must be received in this office no later than May 30, 2008.

Do not forget to include your Case Reference Number on any correspondence sent to the Chicago Processing Center. Failure to do so may result in a delay in processing your application. Please direct any inquiries to the Chicago Processing Center at (312) 886-8000 or via electronic mail at TLC.Chicago@dol.gov and send all requested information contained herein to the following address:

        U.S. Department of Labor
        Employment and Training Administration
        Chicago Processing Center
        844 N. Rush Street
        12th Floor
        Chicago, IL 60611

Sincerely,


Marie C. Gonzalez
Certifying Officer

CC:  California Employment Development Department
      Workforce Services Division
      Ag Services Unit

Jun. 10. 2008  9:40AM   SALVADOR GONZALEZ LABOR CONTRACT         No. 7024   P. 2

217 4th St.
Galt, CA 95632

June 10, 2008


Dear Shane,

I am writing to notify you of the calls we have been receiving for the job offer we placed. We have been fortunate to have calls interested in the job offer. We have had a total of four people call to inquire on the job. Two of the four came into my office and filled out I'9s also known as an application to work. Yesterday June 9th I made calls to these two prospective employees and explained to them that they would start work today June 10th. Today early morning I find one James M. Wise at the office ready to work. James is now working as of today. I want to thank you in all that you have helped me with. I wanted to keep you updated on the progress we have been making with help of the EDD office. If you have any questions feel free to contact me.


Thank you,

Salvador Gonzalez
SGLC INC.

## Barbour, Shane - ETA

| | |
|---|---|
| **From:** | Flores, Elsa@EDD [Elsa.Flores@EDD.ca.gov] |
| **Sent:** | Tuesday, June 10, 2008 11:43 AM |
| **To:** | Barbour, Shane - ETA |
| **Cc:** | Cruz, Erlinda@EDD; Franco, Steve@EDD |
| **Subject:** | RE: SGLC (Salvador Gonzalez Labor Contractor) |

Hi Shane,
The housing for this employer has been approved for 208 workers. At the time we requested the referral report it was none; however, I spoke to Salvador yesterday and he was asking how to handle the referrals he received from EDD so I know he had some.

**From:** Barbour, Shane - ETA [mailto:Barbour.Shane@dol.gov]
**Sent:** Tuesday, June 10, 2008 8:10 AM
**To:** Flores, Elsa@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)
**Importance:** High

Hi Elsa,

SGLC is almost ready to go.  The start Date is today (6/10/2008), so I really want to get this case finalized.  The employer has been very cooperative.  Can you verify the total housing capacity and check to see if any referrals have been made?  Thanks so much!
-SHane

**From:** Flores, Elsa@EDD [mailto:Elsa.Flores@EDD.ca.gov]
**Sent:** Wednesday, May 28, 2008 4:33 PM
**To:** Barbour, Shane - ETA
**Cc:** Franco, Steve@EDD; Chima, Baldev@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)

Thank you for your prompt response. Did the start date change?

**From:** Barbour, Shane - ETA [mailto:Barbour.Shane@dol.gov]
**Sent:** Wednesday, May 28, 2008 2:31 PM
**To:** Flores, Elsa@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)

Hi Elsa,

He is very close to getting accepted.  We are waiting on FLCE certificates with authorized driving.  The employers are taking the test this week.
-Shane

**From:** Flores, Elsa@EDD [mailto:Elsa.Flores@EDD.ca.gov]
**Sent:** Wednesday, May 28, 2008 4:27 PM
**To:** Barbour, Shane - ETA
**Cc:** Franco, Steve@EDD; Cruz, Erlinda@EDD
**Subject:** SGLC (Salvador Gonzalez Labor Contractor)

Page 2 of 2

Hi Shane,

Can you give us an update on the status of the application for this employer, the case number is C-08102-09114? Did the employer submit a modification and did you accept it? An additional Housing Inspection is scheduled for tomorrow.

Elsa C Flores
Workforce Sevice Division
(916)654-9735
(916)654-5777
eflores1@edd.ca.gov

P ID 9
41

## Barbour, Shane - ETA

**From:** Flores, Elsa@EDD [Elsa.Flores@EDD.ca.gov]
**Sent:** Tuesday, June 10, 2008 11:43 AM
**To:** Barbour, Shane - ETA
**Cc:** Cruz, Erlinda@EDD; Franco, Steve@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)

Hi Shane,
The housing for this employer has been approved for 208 workers. At the time we requested the referral report it was none; however, I spoke to Salvador yesterday and he was asking how to handle the referrals he received from EDD so I know he had some.

**From:** Barbour, Shane - ETA [mailto:Barbour.Shane@dol.gov]
**Sent:** Tuesday, June 10, 2008 8:10 AM
**To:** Flores, Elsa@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)
**Importance:** High

Hi Elsa,

SGLC is almost ready to go. The start Date is today (6/10/2008), so I really want to get this case finalized. The employer has been very cooperative. Can you verify the total housing capacity and check to see if any referrals have been made? Thanks so much!
-SHane

**From:** Flores, Elsa@EDD [mailto:Elsa.Flores@EDD.ca.gov]
**Sent:** Wednesday, May 28, 2008 4:33 PM
**To:** Barbour, Shane - ETA
**Cc:** Franco, Steve@EDD; Chima, Baldev@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)

Thank you for your prompt response. Did the start date change?

**From:** Barbour, Shane - ETA [mailto:Barbour.Shane@dol.gov]
**Sent:** Wednesday, May 28, 2008 2:31 PM
**To:** Flores, Elsa@EDD
**Subject:** RE: SGLC (Salvador Gonzalez Labor Contractor)

Hi Elsa,

He is very close to getting accepted. We are waiting on FLCE certificates with authorized driving. The employers are taking the test this week.
-Shane

**From:** Flores, Elsa@EDD [mailto:Elsa.Flores@EDD.ca.gov]
**Sent:** Wednesday, May 28, 2008 4:27 PM
**To:** Barbour, Shane - ETA
**Cc:** Franco, Steve@EDD; Cruz, Erlinda@EDD
**Subject:** SGLC (Salvador Gonzalez Labor Contractor)

Hi Shane,

Can you give us an update on the status of the application for this employer, the case number is C-08102-09114? Did the employer submit a modification and did you accept it? An additional Housing Inspection is scheduled for tomorrow.

Elsa C Flores
Workforce Sevice Division
(916)654-9735
(916)654-5777
eflores1@edd.ca.gov

**Barbour, Shane - ETA**

| | |
|---|---|
| **From:** | Chava Gonzalez [sglcinc@yahoo.com] |
| **Sent:** | Monday, June 02, 2008 11:36 AM |
| **To:** | Barbour, Shane - ETA |
| **Subject:** | H-2A Case |

Hello Shane,
Yes I do accept the change in date to 6/10/08. I will wait for your reply. Thank you very much for your help it is very much appreciated. Looking forward to speaking with you.

Salvador Gonzalez

--- On Mon, 6/2/08, Barbour, Shane - ETA *<Barbour.Shane@dol.gov>* wrote:

> From: Barbour, Shane - ETA <Barbour.Shane@dol.gov>
> Subject: H-2A Case
> To: sglcinc@yahoo.com
> Date: Monday, June 2, 2008, 2:37 PM
>
> Hi Salvador,
>
> As we discussed earlier can you reply to this e-mail and confirm that you accept the start date change to 6/10/2008. You will then be given an acceptance letter. In order to receive certification you will need to follow the requirements of the Acceptance letter (submitting a recruitment report, etc) and submit the actual FLCE certificates showing driving authorization. According to the information submitted the certificates should arrive Wednesday at the latest.
> Thanks
> -Shane Barbour

## Barbour, Shane - ETA

| | |
|---|---|
| **From:** | Barbour, Shane - ETA |
| **Sent:** | Monday, June 02, 2008 9:37 AM |
| **To:** | 'sglcinc@yahoo.com' |
| **Subject:** | H-2A Case |
| **Importance:** | High |

Hi Salvador.

As we discussed earlier can you reply to this e-mail and confirm that you accept the start date change to 6/10/2008. You will then be given an acceptance letter. In order to receive certification you will need to follow the requirements of the Acceptance letter (submitting a recruitment report, etc) and submit the actual FLCE certificates showing driving authorization. According to the information submitted the certificates should arrive Wednesday at the latest.
Thanks
-Shane Barbour

4/23/08

SGLC, INC.
217 4Th. St.
Galt  CA. 95632
Case Number:  C-08102-09114

U.S Department of Labor
Employment and Training Administration
Chicago Orocessing Center
944 N. Rush Street
12Th Floor
Chicago, Il 60611

Received

APP

U.S. Department of Labor
Foreign Labor Certification

MODIFICATIONS

1. Farm Labor Contractor
CFR 655.102

Salvador Gonzalez is  a Farm  Labor Contractor and is doing business as Salvador Gonzalez Labor Contractor his FLC license# FL36264 it expires 7/16/08.  Salvador is in the process of Incorporating to SGLC, INC. License # FL 60307 He has passed the exam and now waiting for the License.  Enclosed is a copy of the existing FLC.

Farm Labor contractor agreements and letter of recommendation

The Certification for the transportation will be included in the Federal  Registration .

The vehicles are being certified by California CHP.

3. Wage Offer
20 CFR 655.102 (b) (9)

The workers will get paid $9.72 per hour according AEWR 2008

May. 29. 2008  9:52AM    SALVADOR GONZALEZ LABOR CONTRACT          No. 6888   P. 2

Att: Shane                        # C-08102-09114

This is Salvador Gonzalez of SGLC, INC. I am sending you a copy of my driver and
certificate.

May. 29. 2008 9:52AM  SALVADOR GONZALEZ LABOR CONTRACT                    No. 6888   P. 3



American Red Cross

Together, we can save a life

This recognizes that
PEGGY SUE LEDBETTER
has completed the requirements for
Standard First Aid

conducted by
Pan American Underwriters, Inc.
Date completed    12/12/2006
The American Red Cross recognizes this certificate
as valid for 3   year(s) from completion date.

CALIFORNIA SPECIAL DRIVER CERTIFICATE

CALIFORNIA



**SGLC, INC.**
217 4th Street
Galt, CA 95632
(209)745-2223
(209)745-5160 Fax

Date:    5/23/08

Atten:Shane Barbour                          From: Salvador Gonzalez
Fax:  (312)886-1688
Company:                                     Number of pages:5

**MESSAGE:**

Please review attachments



5/18/08

To Whom It May Concern:

My name is Peggy-Sue Ledbetter I am a California State Certified Farm Labor Instructor

I.D. number 5025. Currently at this time I have three trainees from SGLC Inc. they are as

Follows:

1.  Guadalupe Reyes █████████
2.  Blandino Figueroa ████████████
3.  Elias Ypez Olivares████████████████

As of 5/18/08 they have completed all state required training for a farm labor certificate.

At this time they are only awaiting testing by the California Highway Patrol. If you have

any questions or I can be of any help whatsoever please feel free to contact me at

209-988-7113 or e-mail peggysue021273@hotmail.com.


Thank You,

*Peggy Sue Ledbetter*

Peggy-Sue Ledbetter

05/23/08

To Whom It May Concern:

My drivers have the test date on Tuesday May 27, 2008, with officer Brent Blevins. This will complete their training and will be certified. If you have any questions you can call Brent Blevins @ (209)943-8666 or email him bblevins@chp.ca.gov

Thank you,

Salvador Gonzalez

Farm Labor Contractor Certificate of Registration
No.        C-09-441414-G-08-R
Expires    07/31/2008

Name    GONZALEZ, SALVADOR DBA: SALVADOR GONZALEZ LABOR

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act: Recruit, solicit, furnish, hire and employ.

| Transportation | x | Authorized | | Not Authorized |
| Housing | x | Authorized | | Not Authorized |
| Driving | | Authorized | x | Not Authorized |

Approved    Sharlyn Simon                    Date: 08/01/2008

(National Certification Program Manager)      WH-511 (5/06)
133677

The following vehicle(s) is/are authorized to transport migrant and seasonal agricultural workers within the meaning of the Act as specified below unless such authorization is otherwise terminated.

| Make and Model | Serial or Motor No. | No. of Seats in Vehicle | Authorization Beginning | Ending |
| International | A47276 | 44 | | 07/31/2008 |

Worker's Compensation Insurance Holder (if applicable)
ARLINGTON
9-441414-G-08-R                    Date:  12/12/2007
    GONZALEZ, SALVADOR

Farm Home Address:    1027 MEADOWVIEW DRIVE

Cell                                    CA        93422
(City or Town)                (State)      (ZIP Code)

Date of Birth                    Height        Weight
(Month) (Day) (Year)

This Certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulation issued thereunder, and on my application for registration. It may be revoked or suspended, be redeemed denied, for noncompliance with the Act or regulation, including applicable requirements for transporting and housing migrant workers. Such noncompliances may be a crime/be a criminal offense.

(Signature of Holder)              (Title)

Location of Facility or Real Property:
VINO FARMS, 51373.5 NORTHERLAND RD, Clarksburg CA, 93612.

Type of Construction Cinder Block                No. of Units

Owner's Name   VINO FARMS INC
Mailing Address   10601 EASTSIDE RD
Healdsburg, CA, 95448

Type of Construction                No. of Units

Owner's Name
Mailing Address

Based on the contractor's submission housing is authorized at the above locations unless such authorization is otherwise terminated.
C-09-441414-G-08-R                    Date:  08/01/2008
Name  GONZALEZ, SALVADOR



Safety Service Security

Officer Brent Blevins, ID #14359

California Highway Patrol
Stockton Area
3300 N. Ad Art Road
P.O. Box 8468
Stockton, CA 95208

(209) 943-8695
Fax (209) 943-8561
24 Hours (209) 943-8900
bblevins@chp.ca.gov

Jun. 3. 2008 11:15AM    SALVADOR GONZALEZ LABOR CONTRACT          No. 6944    P. 1/2

**SGLC, INC.**
217 4th Street
Galt, CA 95632
(209)745-2223
(209)745-5160 Fax

Date:  6/3/08

Atten: SHANE BARBOUR                    From: SALVADOR GONZALEZ

Company:                                Number of pages: 2

MESSAGE:

Jun. 9. 2008  3:48PM    SALVADOR GONZALEZ LABOR CONTRACT       No. 7010   P. 1/2



# Salvador Gonzalez Labor Contractor
### 217 4th Street
### Galt, ca 95632
### (209)745-2223
### Fax (209)745-5160

## FAX TRANSMITTAL FORM

To: Name: Shane Barbour

CC:

Phone: 512·586·1688

Fax:

From: Salvador Gonzalez

Date Sent: 6/9/08

Number of Pages: 2

Message:

Please See attachments

**U.S. Department of Labor   Amended: 08/08/2008 4:08:04 PM**
Employment Standards Administration
Wage and Hour Division

**FLCE Certificate of Registration**

No. E-09-138823-E-06-R

Expires 03/31/2009

Name YEPEZ, ELIAS

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities conveyed by this Act:
recruit, solicit, furnish, hire and employ.

Employer's Name   SGLC, INC.

Registration Number E-09-558087-E-09-I

Driving   [X] Authorized   [ ] Not Authorized

Approved Sharlyn Simon   Date 08/08/2008
(National Certification Program Manager)   Form WH-513 (6/84)

Driving Authorization is valid only on the condition that the person issued this certificate of registration maintains a current valid driver's license for the type of vehicle being driven.

Social Security Account No. _____

Permanent Home Address: 501 E ELM ST

Lodi                    (City or Town)       CA        95240
                                            (State)   (Zip Code)

Date of Birth _____        _____
                (Month)(Day)(Year)

Height _____   Weight _____

This certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on any application for registration thereunder, and on the renewal thereof, and may be revoked for cause or suspended. Each noncompliance with this Act or regulations may constitute a criminal offense.

_____
(Signature of Holder)

_____   (Title)

---

**U.S. Department of Labor   Amended: 08/08/2008 4:05:15 PM**
Employment Standards Administration
Wage and Hour Division

**FLCE Certificate of Registration**

No. E-09-222159-E-09-R

Expires 03/31/2009

Name FIGUEROA, BLANDINO

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities conveyed by this Act:
recruit, solicit, furnish, hire and employ.

Employer's Name   SGLC, INC.

Registration Number E-09-558087-E-09-I

Driving   [X] Authorized   [ ] Not Authorized

Approved Sharlyn Simon   Date 08/08/2008
(National Certification Program Manager)   Form WH-513 (6/84)

Driving Authorization is valid only on the condition that the person issued this certificate of registration maintains a current valid driver's license for the type of vehicle being driven.

Social Security Account No. _____

Permanent Home Address: 657 DOWNING DR

Galt                    (City or Town)       CA        95632
                                            (State)   (Zip Code)

Date of Birth _____        _____
                (Month)(Day)(Year)

Height _____   Weight _____

This certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on any application for registration thereunder, and on the renewal thereof, and may be revoked for cause or suspended. Each noncompliance with this Act or regulations may constitute a criminal offense.

_____
(Signature of Holder)

_____   (Title)

Jun. 9. 2008  3:48PM    SALVADOR GONZALEZ LABOR CONTRACT                No. 7011   P. 1/2



## Salvador Gonzalez Labor Contractor
217 4th Street
Galt, ca 95632
(209)745-2223
Fax (209)745-5160

## FAX TRANSMITTAL FORM

To: Name: Shane Barbour

CC:

Phone:

Fax: 512-886-1659

From: Salvador Gonzalez

Date Sent: 6/9/08

Number of Pages: 2

Message:

Please See attachments

**U.S. Department of Labor**   Amended: 06/09/2008 4:26:38 PM
Employment Standards Administration
Wage and Hour Division

**FLCE Certificate of Registration**

No. E-08-10692-I-E-08-R
Expires 05/01/2009

Name YEREZ, ELIAS

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act:
recruit, solicit, furnish, hire and employ.

Employer's Name SGLC, INC.

Registration Number C-08-552287-E-004

Driving [X] Authorized    Not Authorized

Approved Sharolyn Simon    Date 06/09/2008

Driving Authorization is valid only on the condition that the person issued this certificate of registration maintains a current valid driver's license for the type of vehicle being driven.

(National Certification Program Manager)    Form WH-511 (SM)

Social Security Account No.
Permanent Home Address: 601 E ELM ST
Locil   (City or Town)   CA (State)   95240 (Zip Code)

Date of Birth   (Month/Day/Year)   Height

This certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on my application for registration, it may be revoked, suspended, or its renewal denied, for noncompliance with the Act or regulations. Such noncompliance may constitute a criminal offense.

(Signature of Holder)   (Tel.)

---

**U.S. Department of Labor**   Amended: 01/09/2008 4:28:13 PM
Employment Standards Administration
Wage and Hour Division

**FLCE Certificate of Registration**

No. E-08-22154-E-08-R
Expires 05/31/2009

Name FIGUEROA, BLANDINO

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act:
recruit, solicit, furnish, hire and employ.

Employer's Name SGLC, INC.

Registration Number C-08-552287-E-004

Driving [X] Authorized    Not Authorized

Approved Sharolyn Simon    Date 09/09/2008

Driving Authorization is valid only on the condition that the person issued this certificate of registration maintains a current valid driver's license for the type of vehicle being driven.

(National Certification Program Manager)    Form WH-511 (SM)

Social Security Account No.
Permanent Home Address: 5070 DOWNING DR
Unit   (City or Town)   CA (State)   95832 (Zip Code)

Date of Birth   (Month/Day/Year)   Height

This certificate is based on the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on my application for registration, it may be revoked, suspended, or its renewal denied, for noncompliance with the Act or regulations. Such noncompliance may constitute a criminal offense.

(Signature of Holder)   (Tel.)

Jun. 9. 2008  3:48PM    SALVADOR GONZALEZ LABOR CONTRACT                    No. 7012   P. 1/2



# Salvador Gonzalez Labor Contractor
**217 4th Street**
**Galt, ca 95632**
**(209)745-2223**
**Fax (209)745-5160**

## FAX TRANSMITTAL FORM

To: Name: Shane Barbour        From: Salvador Gonzalez
CC:                            Date Sent: 10/9/08
Phone:                         Number of Pages: 2
Fax: 512-856-1658

Message:

Please see attachments

**U.S. Department of Labor**   Amended: 06/09/2008 4:35:33 PM
Employment Standards Administration
Wage and Hour Division

FLCE Certificate of Registration

No. E-09-135923-E-08-R
Expires 05/31/2009

Name  YEPEZ, ELIAS

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act: recruit, solicit, furnish, hire and employ.

Registration Number  C-09-552670-E-08-I

Employer's Name  SGLC, INC.

Driving  [X] Authorized   [ ] Not Authorized

Approved  Sharlyn Simon          Date  06/09/2008
Form WH-403 (Rev)

Social Security Account No. ▅▅▅▅
Permanent Home Address: 501 E ELM ST
Lodi  [City or Town]   CA  [State]   95240  [Zip Code]

Date of Birth  [Month][Day][Year]   Held ▅▅▅▅

This certificate is issued under the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on any application for renewal. It may be revoked or suspended or its renewal denied, for noncompliance with the Act or regulations. Such noncompliance may constitute a criminal offense.

(Signature of Holder)          (Title)

---

**U.S. Department of Labor**   Amended: 06/09/2008 4:35:15 PM
Employment Standards Administration
Wage and Hour Division

FLCE Certificate of Registration

No. E-09-223165-E-04-R
Expires 05/31/2009

Name  FIGUEROA, BLANDINO

I certify that the person named above is registered pursuant to the Migrant and Seasonal Agricultural Worker Protection Act and is authorized to perform the following activities covered by the Act: recruit, solicit, furnish, hire and employ.

Registration Number  C-09-552670-E-04-I

Employer's Name  SGLC, INC.

Driving  [X] Authorized   [ ] Not Authorized

Approved  Sharlyn Simon          Date  06/09/2008
Form WH-403 (Rev)

Driving Authorization is valid only on the condition that the person named holds a current valid driver's license for the type of vehicle being driven.

Social Security Account No. ▅▅▅▅
Permanent Home Address: 667 DOWNING DR
Can  [City or Town]   CA  [State]   95822  [Zip Code]

Date of Birth  [Month][Day][Year]   Held ▅▅▅▅

This certificate is issued under the Migrant and Seasonal Agricultural Worker Protection Act and regulations issued thereunder, and on any application for renewal. It may be revoked or suspended or its renewal denied, for noncompliance with the Act or regulations. Such noncompliance may constitute a criminal offense.

(Signature of Holder)          (Title)