SEYFARTH SHAW LLP
Mark P. Grajski (SBN 178050)
E-mail: mgrajski@seyfarth.com
Brandon R. McKelvey (SBN 217002)
E-mail: bmckelvey@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California  95814-4428
Telephone:  (916) 448-0159
Facsimile:  (916) 558-4839

Attorneys for Defendant
VINO FARMS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SGLC, INC.; VINO FARMS, INC., et al.<br><br>Defendants. | Case No. 2:08-CV-1971 MCE-KJN<br><br>**ORDER**<br><br>Judge: Hon. Morrison C. England, Jr. |

Defendants Vino Farms, Greene & Hemly, Van Ruiten, Douglas Hemly, James Van Ruiten, and John Van Ruiten's *ex parte* application to modify the scheduling order to extend their time to reply to Plaintiffs' oppositions to Defendants' motions for summary judgment was filed with this Court on May 24, 2012. After consideration of Defendants' Ex Parte Application, Memorandum of Points and Authorities, and the Declaration of Brandon R. McKelvey in support, IT IS HEREBY ORDERED THAT the current Amended Scheduling Order is modified as follows: Defendants' reply briefs to Plaintiffs' oppositions must be filed no later than June 7, 2012, and hearing on these Motions shall remain on June 14, 2012 at 2:00 p.m. in Courtroom 7.

IT IS SO ORDERED.

Dated:  May 30, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE