UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, ET AL.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SGLC, INC., ET AL.,<br><br>          Defendants.<br>_____/ | No. 2:08-cv-01971-MCE-KJN<br><br>ORDER CONTINUING TRIAL |

YOU ARE HEREBY NOTIFIED the October 1, 2012 bench trial is vacated and continued to **January 14, 2013**, at **9:00 a.m.** in Courtroom 7.  The parties shall file trial briefs not later than **November 1, 2012.**  Counsel are directed to Local Rule 285 regarding the content of trial briefs.

Accordingly, the August 23, 2012 Final Pretrial Conference is vacated and continued to **November 15, 2012,** at **2:00 p.m.** in Courtroom 7.  The Joint Final Pretrial Statement is due not later than **October 25, 2012** and shall comply with the procedures outlined in the Court's Pretrial Scheduling Order.  The personal appearances of the trial attorneys or person(s) in pro se is mandatory for the Final Pretrial Conference.

1

1  Telephonic appearances for this hearing are not permitted.
2       Any evidentiary or procedural motions are to be filed by
3  **October 25, 2012.**  Oppositions must be filed by **November 1, 2012**
4  and any reply must be filed by **November 8, 2012.**  The motions
5  will be heard by the Court at the same time as the Final Pretrial
6  Conference.
7       IT IS SO ORDERED.

 Dated: June 13, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2