1  Cynthia L. Rice (SBN 87630)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  631 Howard Street, Suite 300
   San Francisco, CA 94105
3  Telephone: (415) 777-2752
   Facsimile: (415) 543-2752
4
   Blanca Bañuelos (SBN 231585)
5  Esmeralda Zendejas (SBN 258809)
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
6  145 E. Weber Avenue
   Stockton, CA 95202
7  Telephone: (209) 946-0605
   Facsimile: (209) 946-5730
8
   Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra
9  Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique
   Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo
10 Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio
   Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia
11 Gutierrez, Jose Luis Rodriquez, Armando Zuniga Arias, Joel Murillo Guerrero, Oscar Manuel
   Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Demetrio Montes Gaitan, Gibran
12 Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza
   Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras,
13 Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto
   Cruz Barragan, Obed Mares Contreras
14

15 Julia L. Montgomery (SBN 184083)        Mark Talamantes (SBN 187961)
   Shannon M. Going (SBN 273844)           TALAMANTES/VILLEGAS/CARRERA, LLP
   CALIFORNIA RURAL LEGAL                  170 Columbus Avenue, Suite 300
16 ASSISTANCE FOUNDATION                   San Francisco, CA 94133
   2210 K Street, Suite 201                Telephone: (415) 989-8000
17 Sacramento, CA 95814                    Facsimile: (415) 989-8028
   Telephone: (916) 446-7901
18 Facsimile: (916) 446-3057               Attorneys for all Plaintiffs

19 Attorneys for all Plaintiffs

20
                    **UNITED STATES DISTRICT COURT**
21                **FOR THE EASTERN DISTRICT OF CALIFORNIA**

22 | FRAY MARCELINO LOPEZ RODRIGUEZ, | CASE NO. **2:08-CV-01971-MCE-KJM**
23 | et al.,                          |
   |                                  |
24 |         Plaintiffs,              | **STIPULATION TO CONTINUE
   |                                  | HEARING DATE FOR PLAINTIFFS'
25 | v.                               | MOTION TO ALLOW TESTIMONY BY
   |                                  | VIDEOCONFERENCING OF
26 | SGLC INC., et al.,                | PLAINTIFFS AND OPT-INS AT TRIAL;
   |                                  | ORDER THEREON**
27 |         Defendants.              |
   |                                  | [L.R. 143, 230(f)]
28 |                                  |

1    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS
2  ACTION THAT:
3    Pursuant to the provisions of Fed. R. Civ. P. 78 & 83, Plaintiffs FRAY MARCELINO
4  LOPEZ RODRIGUEZ, et al. ("Plaintiffs"), and Defendant SGLC, INC., Defendant SALVADOR
5  GONZALEZ, Defendant JULIAN GONZALEZ, Defendant SALVADOR GONZALEZ dba
6  SALVADOR GONZALEZ FARM LABOR CONTRACTOR, Defendant GREEN & HEMLY,
7  INC., Defendant DOUGLAS HEMLY, individually and dba GREEN & HEMLY INC.,
8  Defendant VINO FARMS, INC., Defendant ISLANDS, INC., Defendant THOMAS HESTER,
9  Defendant VAN RUITEN BROTHERS, Defendant JAMES VAN RUITEN, individually and dba
10 VAN RUITEN BROTHERS, Defendant JOHN VAN RUITEN, individually and dba VAN
11 RUITEN BROTHERS (collectively "Defendants"), by and through their counsel, hereby
12 stipulate to continue the date of hearing for Plaintiffs' Motion to Allow Testimony By
13 Videoconferencing of Plaintiffs and Opt-Ins at Trial from August 9, 2012 to August 23, 2012 at
14 2:00 p.m., which is after the scheduled settlement conference for this case.
15    IT IS SO STIPULATED.

**CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

Dated: July 23, 2012        /S/ ESMERALDA ZENDEJAS
                            Esmeralda Zendejas
                            Attorneys for Plaintiffs Attorneys for Plaintiffs
                            Aguirre Batista, Arredondo Huerta, Aguilar, Blas
                            Jimenez, Blas Martinez, Garcia Castro, Garcia
                            Michel, Lopez Ramos, Lopez Rodriguez, Naranjo
                            Campos, Pano Ruiz, Peña Ochoa, Rodriguez
                            Zepeda, Revolledo Godinez, Torres Elias, Ayala
                            Gonzalez, Garcia Gutierrez, Rodriquez, Zuniga
                            Arias, Murillo Guerrero, Carillo Torres, Ceja Ruiz,
                            Cruz Valverde, Montes Gaitan, Diaz Campo,
                            Esparza Ramirez, Martinez Marquez, Meza
                            Sanchez, Robles Rodriquez, L.M. Torres Contreras,
                            U. Torres Contreras, Bailon Marquez, Ceja Ibarra,
                            Sandoval Preciado, Cruz Barragan, Mares Contreras

26 ///
27 ///
28 ///

**CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

Dated: July 23, 2012         /S/ JULIA L. MONTGOMERY
                             Julia L. Montgomery
                             Attorney for all Plaintiffs

**TALAMANTES/VILLEGAS/CARRERA, LLP**

Dated: July 23, 2012         /S/ MARK TALAMANTES
                             Mark Talamantes
                             Attorney for all Plaintiffs

**CHARLEY M. STOLL,**
**A PROFESSIONAL CORPORATION**

Dated: July 23, 2012         /S/ VALERIE L. WILLIAMS (As Authorized 7/2312)
                             Valerie L. Williams
                             Attorney for SGLC Defendants

**JACKSON LEWIS LLP**

Dated: July 23, 2012         /S/ ROBERT J. SCHNACK (As Authorized 7/23/12)
                             Cary G. Palmer
                             Robert J. Schnack
                             Attorney for Green & Hemly Defendants

**SEYFARTH SHAW LLP**

Dated: July 23, 2012         /S/ BRANDON R. McKELVEY (As Authorized 7/23/12)
                             Mark P. Grajski
                             Brandon R. McKelvey
                             Attorney for Defendant Vino Farms, Inc.

///

///

**HANSON BRIDGETT LLP**

Dated: July 23, 2012          /S/ DAVID A. ABELLA (As Authorized 7/23/12)
                              Mike D. Moye
                              David A. Abella
                              Attorney for Defendants Island, Inc. and Thomas Hester

**LAW OFFICES OF RANDY E. THOMAS**

Dated: July 24, 2012          /S/ RANDY E. THOMAS (As Authorized 7/24/12)
                              Randy E. Thomas
                              Attorney for Defendants Van Ruiten Bros., John Van Ruiten and James Van Ruiten

### ORDER

Pursuant to the foregoing stipulation entered into between all parties, through their counsel of record, and good cause showing:

IT IS SO ORDERED that the hearing for Plaintiffs' Motion to Allow Testimony By Videoconferencing of Plaintiffs and Opt-Ins at Trial is continued to August 23, 2012 at 2:00 p.m..

Dated: July 31, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE