1    JACKSON LEWIS LLP
     CARY G. PALMER Cal Bar No. 186601
2    ROBERT J. SCHNACK, Cal Bar No. 191987
     801 "K" Street, Suite 2300
3    Sacramento, California 95814
     Telephone:  (916) 341-0404
4    Facsimile:  (916) 341-0141

5    Attorneys for Defendants
     GREENE AND HEMLY, INC.
6    and DOUGLAS HEMLY, sued
     individually and dba "GREENE & HEMLY"
7

8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   FRAY MARCELINO LOPEZ RODRIGUEZ,          Case No. 2:08−CV−01971−MCE−KJN
     et al.,
12                    Plaintiff,              **JOINT STIPULATION EXTENDING
                                              TIME FOR PLAINTIFFS AND
13        v.                                  GREENE AND HEMLY
                                              DEFENDANTS TO FILE
14   SGLC, INC., et al.,                      DISPOSITIONAL SETTLEMENT
                                              DOCUMENTS; AND ORDER**
15                    Defendants.

16

17

18          WHEREFORE, Plaintiffs and Greene and Hemly, Inc. and Douglas Hemly

19   ("Greene and Hemly Defendants"), by and through their respective counsel of record, hereby

20   stipulate and request that the 30-day deadline for Plaintiffs and the Greene and Hemly Defendants

21   to file dispositional settlement documents be continued for 30 calendar days, from

22   August 30, 2012 to October 1, 2012.

23          WHEREFORE, Plaintiffs and the Greene and Hemly Defendants reached a

24   settlement at the mandatory settlement conference on July 31, 2012.  Pursuant to the order of

25   Magistrate Judge Gregory G. Hollows on that day, Plaintiffs and Greene and Hemly Defendants

26   have worked diligently to document the terms of the settlement; however, given the complexity of

27   this matter and the large number of named plaintiffs, all of whom reside in Mexico, Plaintiffs and

28
                                                1

Joint Stipulation Extending Time for Plaintiffs and
Greene and Hemly Defendants to File Dispositional            Case No. 2:08−CV−01971−MCE−KJN
Settlement Documents; and Order

1  the Greene and Hemly Defendants require additional time to finalize and execute the settlement

2  documents.

3         WHEREFORE, Plaintiffs and the Greene and Hemly Defendants hereby jointly

4  request that the deadline to file dispositional documents be continued for 30 calendar days, from

5  August 30, 2012 to October 1, 2012.

6         IT IS SO STIPULATED AND AGREED.

7  Dated:  August 29, 2010                    CALIFORNIA RURAL LEGAL
                                              ASSISTANCE, INC.
8

9                                            By: /s/ *Cynthia L. Rice* [authorized 8/28/2012]
                                                 Cynthia L. Rice
10                                               Attorneys for some Plaintiffs

11  Dated:  August 29, 2010                   CALIFORNIA RURAL LEGAL
                                              ASSISTANCE, INC.
12

13                                           By: /s/ *Blanca Banuelos* [authorized 8/28/2012]
                                                 Blanca Banuelos
                                                 Esmeralda Zendejas
14                                               Attorneys for some Plaintiffs

15

16  Dated:  August 29, 2010                   CALIFORNIA RURAL LEGAL
                                              ASSISTANCE FOUNDATION

17                                           By: /s/ *Julia Montgomery* [authorized 8/28/2012]
                                                 Julia L. Montgomery
18                                               Kathryn Hardy
                                                 Attorneys for all Plaintiffs
19

20  Dated:  August 29, 2010
                                              TALAMANTES/VILLEGAS/CARRA, LLP
21

22                                           By: /s/ *Mark Talamantes* [authorized 8/28/2012]
                                                 Mark Talamantes
                                                 Attorneys for all Plaintiffs
23

24  Dated:  August 29, 2010                   JACKSON LEWIS LLP

25                                           By: /s/ *Cary G. Palmer*

26                                               Cary G. Palmer
                                                 Robert J. Schnack
                                                 Attorneys for Defendants
27                                               GREENE AND HEMLY, INC.
                                                 and DOUGLAS HEMLY, sued individually and
28                                               dba "GREENE & HEMLY"
                                              2

Joint Stipulation Extending Time for Plaintiffs and
Greene and Hemly Defendants to File Dispositional          Case No. 2:08−CV−01971−MCE−KJN
Settlement Documents; and Order

1

## **ORDER**

2              Based on the foregoing joint stipulation, and good cause appearing, the Court

3    hereby continues the deadline for Plaintiffs and the Greene and Hemly Defendants to submit

4    dispositional settlement documents for 30 days, from August 30, 2012 to and including

5    October 1, 2012.

6              **IT IS SO ORDERED.**

     Dated:  September 4, 2012
7

8    _____
     MORRISON C. ENGLAND, JR
9    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Stipulation Extending Time for Plaintiffs and
Greene and Hemly Defendants to File Dispositional                    Case No. 2:08−CV−01971−MCE−KJN
Settlement Documents; and Order