1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    FRAY MARCELINO LOPEZ                    No.  2:08-cv-01971-MCE-KJN
      RODRIGUEZ, et al.,
12
                    Plaintiffs,
13                                            **ORDER**

            v.
14
      SGLC INC., et al.,
15
                    Defendants.
16

17

18          Having reviewed Defendant Vino Farms Inc.'s ("Vino Farms") request for relief

19    from the page limitations for briefing set forth in the Court's Amended Pretrial Scheduling

20    Order (Aug. 27, 2012, ECF No. 266), and failing to find good cause therefor,

21          IT IS ORDERED that Vino Farms is not relieved from the page limitations

22    attendant to the Motions for Summary Judgment already filed before this Court.

23    Moreover, Vino Farms is not relieved from the Court's August 23, 2012 Order directing

24    Defendant Vino Farms to advise the Court as to which of its two remaining Motions for

25    Summary Judgment it prefers to have the Court consider.

26    ///

27    ///

28    ///

1

1   Accordingly, no later than two (2) days following the date this Order is electronically filed,

2   Vino Farms is directed to advise this Court in writing as to which of its two remaining

3   Motions it prefers to have this Court consider.

4        IT IS SO ORDERED.

5   Dated:  September 7, 2012

6

7        MORRISON C. ENGLAND, JR
         UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28