Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Julia L. Montgomery (SBN 184083)
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057
Attorneys for all Plaintiffs

Virginia Villegas (SBN 179062)
TALAMANTES/VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028
Attorneys for All Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>SGLC INC., et al.,<br><br>                    Defendants. | CASE NO. **2:08-CV-01971-MCE-KJN**<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT BETWEEN ALL PLAINTIFFS AND THE GREENE & HEMLY DEFENDANTS**<br><br>Judge: Hon. Morrison C. England, Jr.<br>Date:   February 21, 2013<br>Time:  2:00 p.m.<br>Courtroom: 7 |

IT IS HEREBY ORDERED THAT the Settlement Agreement lodged herewith between all Plaintiffs--FRAY MARCELINO LOPEZ RODRIGUEZ, JOEL GONZALEZ AVILA, JUAN ALFONSO BAILON MARQUEZ, MELITON GUZMAN CONTRERAS, HUGO CESAR IBARRA CEJA, ABRAHAM JIMENEZ BUENO, JAIME LOPEZ RAMOS, DARIO VIRGEN CHAVEZ, DANIEL BECERRA AGUILAR, FRANCISCO CEJA SANDOVAL, LUIS RAMON NARANJO CAMPOS, JORGE LUIS RENDON SILVA, NICOLAS REYES TIBURCIO, ALDO MANUEL RODRIGUEZ ZEPEDA, SERGIO AGUIRRE BATISTA, HUGO SANTIAGO ARREDONDO HUERTA, ISRAEL BLAS JIMENEZ, LIBRADO BLAS MARTINEZ, RAMIRO ALEJANDRO GARCIA CASTRO, ENRIQUE GARCIA MICHEL, ANGEL PANO RUIZ, FRISDMAN PEÑA OCHOA, OCTAVIO REVOLLEDO GODINEZ, AGUSTIN TORRES ELIAS, TOMAS AYALA GONZALEZ, MARCO CESAR GARCIA GUTIERREZ, JOSE LUIS RODRIGUEZ, JOEL MURILLO GUERRERO, OSCAR MANUEL CARILLO TORRES, CHRISTIAN CEJA RUIZ, GIBRAN RIGOBERTO DIAZ CAMPO, LEONEL ESPARZA RAMIREZ, BENIGNO MARTINEZ MARQUEZ, RENE MEZA SANCHEZ, JESUS JUNIOR ROBLES RODRIGUEZ, PAULO SALGADO VILLAFAN, LUIS MANUEL TORRES CONTRERAS, URIEL TORRES CONTRERAS, RIGOBERTO SANDOVAL PRECIADO, ROBERTO CRUZ BARRAGAN, OBED MARES CONTRERAS, CHRISTIAN CRUZ VALVERDE, and ROGELIO LOPEZ LLAMAS ("Plaintiffs")--and Defendants GREENE AND HEMLY, INC. and DOUGLAS HEMLY ("The Greene and Hemly Defendants") is APPROVED by this Court as the Settlement is fair, adequate, reasonable and the product of arm's length negotiations.

Dated:    February 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE