CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
CYNTHIA L. RICE, Cal. Bar No. 87630
631 Howard Street, Suite 300
San Francisco, California 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
BLANCA BAÑUELOS, Cal. Bar No. 231585
ESMERALDA ZENDEJAS, Cal. Bar No. 258809
20 N. Sutter, Suite 203
Stockton, California 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs
SERGIO AGUIRRE BATISTA, HUGO SANTIAGO ARREDONDO HUERTA, DANIEL BECERRA AGUILAR, ISRAEL BLAS JIMENEZ, LIBRADO BLAS MARTINEZ, RAMIRO ALEJANDRO GARCIA CASTRO, ENRIQUE GARCIA MICHEL, JAIME LOPEZ RAMOS, FRAY MARCELINO LOPEZ RODRIGUEZ, LUIS RAMON NARANJO CAMPOS, ANGEL PANO RUIZ, FRISDMAN PEÑA OCHOA, ALDO MANUEL RODRIGUEZ ZEPEDA, OCTAVIO REVOLLEDO GODINEZ, AGUSTIN TORRES ELIAS, TOMAS AYALA GONZALEZ, MARCO CESAR GARCIA GUTIERREZ, JOSE LUIS RODRIQUEZ, ARMANDO ZUNIGA ARIAS, JOEL MURILLO GUERRERO, OSCAR MANUEL CARILLO TORRES, CHRISTIAN CEJA RUIZ, CHRISTIAN CRUZ VALVERDE, DEMETRIO MONTES GAITAN, GIBRAN RIGOBERTO DIAZ CAMPO, LEONEL ESPARZA RAMIREZ, BENIGNO MARTINEZ MARQUEZ, RENE MEZA SANCHEZ, JESUS JUNIOR ROBLES RODRIQUEZ, LUIS MANUEL TORRES CONTRERAS, URIEL TORRES CONTRERAS, JUAN ALFONSO BAILON MARQUEZ, HUGO CESAR CEJA IBARRA, RIGOBERTO SANDOVAL PRECIADO, ROBERTO CRUZ BARRAGAN, OBED MARES CONTRERAS

CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
JULIA L. MONTGOMERY, Cal. Bar No. 184083
2210 K Street, Suite 201
Sacramento, California 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057

VIRGINIA R. VILLEGAS, Cal. Bar No. 179062
VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, California 94133
Telephone: 415-989-8000
Facsimile: 415-989-8028

Attorneys for all Plaintiffs

JACKSON LEWIS LLP
CARY G. PALMER Cal Bar No. 186601
ROBERT J. SCHNACK, Cal Bar No. 191987
RANDALL J. HAKES, Cal. Bar No. 233548
801 "K" Street, Suite 2300
Sacramento, California 95814
Telephone:  (916) 341-0404
Facsimile:  (916) 341-0141

Attorneys for Defendants
GREENE AND HEMLY, INC.
and DOUGLAS HEMLY, sued
individually and dba "GREENE & HEMLY"

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., | Case No. 2:08−CV−01971−MCE−KJN |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF DEFENDANTS GREENE AND HEMLY, INC. AND DOUGLAS HEMLY** |
| v. | |
| SGLC, INC., et al., | |
| Defendants. | |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA:

All Plaintiffs, including, without limitation, all opt-in plaintiffs, and Defendants Greene and Hemly, Inc. and Douglas Hemly, individually and dba Greene and Hemly (collectively the "Greene and Hemly Defendants"), by and through their respective attorneys of record, hereby stipulate to dismissal of this action against the Greene and Hemly Defendants only, in its entirety,

2

with prejudice, and with all parties to bear their own attorneys' fees and costs, except as otherwise provided in the Settlement Agreement approved by this court on February 1, 2013.

This Stipulation for Dismissal is not intended to and shall not be construed to affect Plaintiffs' claims against any other named defendants in this action.

IT IS SO STIPULATED.

Dated: February 15, 2013          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: /S/ CYNTHIA L. RICE
    Cynthia L. Rice

Attorneys for some Plaintiffs

Dated: February 15, 2013          VILLEGAS/CARRERA, LLP

By: /S/ VIRGINIA VILLEGA
    Virginia R. Villegas

Dated: February 15, 2013          CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION

By: /S/ JULIA L. MONTGOMERY
    Julia L. Montgomery

Attorneys for some Plaintiffs

///

///

///

///

///

///

///

Dated: February 15, 2013               JACKSON LEWIS LLP

                                       By: /S/ ROBERT J. SCHNACK
                                           Cary G. Palmer
                                           Robert J. Schnack

                                       Attorneys for Defendants GREENE AND HEMLY,
                                       INC. and DOUGLAS HEMLY, sued individually
                                       and dba "GREENE & HEMLY"

   IT IS SO ORDERED.

Dated:   February 25, 2013


                                       _____
                                       MORRISON C. ENGLAND, JR., CHIEF JUDGE
                                       UNITED STATES DISTRICT JUDGE