Cynthia L. Rice (SBN 87630)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
631 Howard Street, Suite 300
San Francisco, CA 94105
Telephone: (415) 777-2752
Facsimile: (415) 543-2752

Blanca Bañuelos (SBN 231585)
Esmeralda Zendejas (SBN 258809)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0605
Facsimile: (209) 946-5730

Attorneys for Plaintiffs Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

Christina Medina (SBN 258575)
CALIFORNIA RURAL LEGAL
ASSISTANCE FOUNDATION
2210 K Street, Suite 201
Sacramento, CA 95814
Telephone: (916) 446-7901
Facsimile: (916) 446-3057

Attorneys for all Plaintiffs

Virginia Villegas (SBN 179062)
VILLEGAS/CARRERA, LLP
170 Columbus Avenue, Suite 300
San Francisco, CA 94133
Telephone: (415) 989-8000
Facsimile: (415) 989-8028

Attorneys for all Plaintiffs

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SGLC INC., et al., <br><br> Defendants. | CASE NO. **2:08-CV-01971-MCE-KJN** <br><br> **Stipulation re Setting Date of Court Ordered Settlement Conference and Order Thereon** |

////

1  WHEREAS: The Hon. Morrison C. England, at the Status Conference held on September 26, 2013 directed the parties in this matter to schedule a Settlement Conference before the Magistrate Judge Kendall J. Newman; and

WHEREAS:  All parties and their counsel are available to participate in a Settlement Conference on December 10, 2013, at 9:00 a.m.; and

WHEREAS: counsel have been advised that Judge Newman is available to conduct a Settlement Conference on December 10, 2012 at 9:00 a.m.;

IT IS HEREBY STIPULATED by and between all parties, through their counsel of record that a Settlement Conference shall take place with respect to this matter on December 10, 2013  at 9:00 a.m. before Judge Kendall J. Newman.

Dated:  October 11, 2013        VILLEGAS, CARRERA, LLC
                                CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
                                CALIFORNIA RURAL LEGAL ASSISTANCE
                                FOUNDATION

                                By:    /s/ *Virginia Villegas*
                                       Virginia Villegas
                                       Attorneys for all Plaintiffs

Dated: October 11, 2013         LAW OFFICES OF CHARLEY M. STOLL

                                By:    /s/ *Charley M. Stoll*
                                       Charley M. Stoll
                                       Attorneys for SGLC, INC., SALVADOR GONZALEZ,
                                       JULIAN GONZALEZ, and SALVADOR GONZALEZ
                                       dba SALVADOR GONZALEZ FARM LABOR
                                       CONTRACTOR\

Dated: October 11, 2013         SEYFARTH SHAW LLP

                                By:    /s/ *Julie Grace Yap*
                                       Julie Grace Yap
                                       Mark P. Grajski
                                       Attorneys for VINO FARMS, INC.

////

Stip and Order re Settlement Conference    Case No.: 2:08-CV-01971-MCE-KJN         2

Dated: October 11, 2013                HANSON BRIDGETT LLP

By:    */s/  David Abella*
      David Abella
      Michael Moye
      Attorneys for ISLANDS, INC., and
      THOMAS HESTER

**IT IS SO ORDERED:**

DATED:  October 16, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE