UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| FRAY MARCELINO LOPEZ RODRIGUEZ, et al. | No. 2:08-cv-01971-MCE-KJN |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| SGLC, INC., et al. | |
| Defendants. | |
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al. | No. 2:13-cv-02270-KJM-DAD |
| Plaintiffs, | |
| v. | |
| SGLC, INC., et al. | |
| Defendants. | |

The Court has received the Notice of Related Case filed on November 7, 2013.

Examination of the above-entitled civil actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

1

1  Accordingly, the assignment of the matters to the same judge is likely to affect a
2  substantial savings of judicial effort and is also likely to be convenient for the parties.
3     The parties should be aware that relating the cases under Local Rule 123 merely
4  has the result that both actions are assigned to the same judge; no consolidation of the
5  action is affected.  Under the regular practice of this court, related cases are generally
6  assigned to the district judge and magistrate judge to whom the first filed action was
7  assigned.
8     IT IS THEREFORE ORDERED that the action denominated 2:13-cv-02270-KJM-
9  DAD, Patricia Alvarez Cardenas, et al. v. SGLC, Inc., et al. is reassigned to Chief Judge
10 Morrison C. England, Jr. and Magistrate Judge Kendall J. Newman for all further
11 proceedings, and any dates currently set in this reassigned case only is hereby
12 VACATED.  The Clerk of the Court is to issue an Order Requiring Joint Status Report.
13 Henceforth, the caption on documents filed in the reassigned case shall be shown as
14 2:13-cv-02270-MCE-KJN.
15    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
16 adjustment in the assignment of civil cases to compensate for this reassignment.
17    IT IS SO ORDERED.
18 Dated:  November 21, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT