UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br><br>             Plaintiffs,<br><br>     vs.<br><br>SGLC, INC.; SALVADOR GONZALEZ; JULIAN GONZALEZ, and SALVADOR GONZALEZ, et al.,<br><br>             Defendants. | Case No.: 2:08-cv-01971-MCE-KJN<br><br>**ORDER GRANTING MOTION TO BIFURCATE AND SETTING TRIAL OF BIFURCATED ISSUES**<br><br>Date:  June 26, 2014<br>Time:  2:00 pm<br>Dept.:  7<br>Judge: Morrison C. England<br>Trial Date: 1/5/2015<br>Complaint Filed: 8/20/2008 |

Presently before the Court is Plaintiffs' unopposed Motion to Bifurcate the issues pertaining to the liability of Defendants Islands, Inc. and Thomas Hester and Defendants SGLC, Inc., Salvador Gonzalez, and Julian Gonzales and to set a trial date on the bifurcated issues ("Motion"). After full consideration of the documents on file in this case, and good cause appearing, it is hereby ORDERED that:

1.  Pursuant to Federal Rule of Civil Procedure 42(b), Plaintiffs' Motion (ECF No. 367) is GRANTED, and the Phase One trial will proceed on issues pertaining to the liability of Defendants Islands, Inc. and Thomas Hester and Defendants SGLC, Inc., Salvador Gonzalez, and Julian Gonzales as the principal/agent, joint venturer, or joint employer of Plaintiffs as to claims relating to the "three-fourths guarantee" under the H-2A program, and claims under Labor Code sections 970 and 972.

2.     Not later than five (5) days following the date this Order is electronically filed, the parties are directed to file a joint status report advising the Court as to how many days it is estimated they will need to try the Phase One issues.

3.     Once the Joint Status Report is filed, an amended scheduling order will follow.

IT IS SO ORDERED.

Dated:  July 9, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT