1

CYNTHIA L. RICE, SBN#87630
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

2

1430 Franklin Street, Suite 103
Oakland, CA 94612

3

Telephone: (510) 267-0762
Facsimile: (510) 267-0763

4

5

**Attorneys for Plaintiffs** Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel
Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro,

6

Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon
Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda,

7

Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia

8

Gutierrez, Jose Luis Rodriquez, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz,
Christian Cruz Valverde, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez

9

Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriguez, Luis Manuel Torres Contreras, Uriel
Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado,

10

Roberto Cruz Barragan, Obed Mares Contreras

11

DELLA BARNETT, SBN# 88649                   VIRGINIA VILLEGAS, SBN#179062
CALIFORNIA RURAL ASSISTANCE FOUNDATION      VILLEGAS/CARRERA, LLP

12

2210 K Street, Suite 201                    170 Columbus Avenue, Suite 300
Sacramento, CA 95814                         San Francisco, CA 94133

13

Telephone: (916) 446-7904                   Telephone: (415) 989-8000
Facsimile: (916) 446-3057                   Facsimile: (415) 989-8028

14

Attorneys for all Plaintiff(s)              Attorneys for all Plaintiff(s)

15

16

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

17

18

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al., Plaintiffs, v. SGLC, INC., SALVADOR GONZALEZ, dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, and JULIAN GONZALEZ Defendants | Case No. 2:08-CV-01971-MCE-KJN **DISMISSAL WITH PREJUDICE OF DEFENDANTS SALVADOR GONZALEZ, dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, AND JULIAN GONZALEZ  and  ORDER** |

19

20

21

22

23

24

25

26

27

28

1
2
TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
CALIFORNIA AND ALL PARTIES OF RECORD:

3
4
5
6
      All Plaintiff(s), hereby dismiss this action against SGLC, Inc., Salvador Gonzalez, DBA Salvador Gonzalez Farm Labor Contractor and Julian Gonzalez only, in its entirety, with prejudice, and with all parties to bear their own attorneys' fees and costs, except otherwise provided in the Settlement Agreement filed with this court.

7
8
9
      Pursuant to Federal Rules of Civil Procedure Rule 41(a) and pursuant to the terms of the Settlement Agreement this Court shall retain jurisdiction over action for the sole purpose of enforcing the terms of the Settlement Agreement.

10  ///
11  ///
12  ///
13  ///
14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27
28

1    This Dismissal is not intended to and shall not be construed to affect Plaintiffs' claims

2 against any other named defendants in this action.

3 Date: March 9, 2015                           **CALIFORNIA RURAL LEGAL ASSISTANCE**

4

5                                               By: ____/S/CYNTHIA L. RICE_____

6                                               **CYNTHIA L. RICE**
                                                **Attorney for some Plaintiffs**
7

8 Date: March 9, 2015                           **CALIFORNIA RURAL LEGAL ASSISTANCE**
                                                **FOUNDATION**
9

10                                              By: ____/S/DELLA BARNETT_____

11                                              **DELLA BARNETT**
                                                **Attorney for all Plaintiffs**
12

13 Date: March 9, 2015                          **VILLEGAS/CARRERA, LLP**

14

15                                              By: ____/S/ VIRGINIA R. VILLEGAS_____

16                                              **VIRGINIA R. VILLEGAS**
                                                **Attorneys for all Plaintiffs**
17

18        **IT IS SO ORDERED.**

19    **Dated:  March 12, 2015**

20

21                                              _____
                                                MORRISON C. ENGLAND, JR., CHIEF JUDGE
22                                              UNITED STATES DISTRICT COURT

23

24

25

26

27

28
     Dismissal with Prejudice of Defendants
     Salvador Gonzalez and Julian Gonzalez and ORDER          Case No. 2:08-CV-01971-MCE-KJN

                                              3