1  CYNTHIA L. RICE, SBN#87630
   CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
2  1430 Franklin Street, Suite 103
   Oakland, CA 94612
3  Telephone: (510) 267-0762
   Facsimile: (510) 267-0763
4

5  **Attorneys for Plaintiffs** Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel
   Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro,
6  Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon
   Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda,
7  Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia
   Gutierrez, Jose Luis Rodriquez, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz,
8  Christian Cruz Valverde, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez
   Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel
9  Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado,
10 Roberto Cruz Barragan, Obed Mares Contreras

11 DELLA BARNETT, SBN# 88649                       VIRGINIA VILLEGAS, SBN#179062
   CALIFORNIA RURAL ASSISTANCE FOUNDATION         VILLEGAS/CARRERA, LLP
12 2210 K Street, Suite 201                       170 Columbus Avenue, Suite 300
   Sacramento, CA 95814                           San Francisco, CA 94133
13 Telephone: (916) 446-7904                      Telephone: (415) 989-8000
   Facsimile: (916) 446-3057                      Facsimile: (415) 989-8028
14 Attorneys for all Plaintiff(s)                 Attorneys for all Plaintiff(s)

15

16                    **UNITED STATES DISTRICT COURT**
                      **EASTERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  FRAY MARCELINO LOPEZ RODRIGUEZ, et al., | Case No. 2:08-CV-01971-MCE-KJN |
| 19            Plaintiffs, | |
|     v. | **ORDER GRANTING ADDITIONAL** |
| 20 | **TIME TO SUBMIT** |
|     SGLC, INC., SALVADOR GONZALEZ, dba | **DISPOSITIONAL DOCUMENTS RE** |
| 21  SALVADOR GONZALEZ FARM LABOR | **SETTLEMENT** |
|     CONTRACTOR, and JULIAN GONZALEZ | |
| 22            Defendants | |

23
24
25
26
27
28

1
2      The Court, having reviewed PLAINTIFFS' REQUEST FOR ADDITIONAL TIME TO
3  SUBMIT DISPOSITIONAL DOCUMENTS RE SETTLEMENT, filed herein, and good cause
   showing,
4
       IT IS HEREBY ORDERED THAT the time to submit dispositional documents regarding
5
   the settlement in this matter between all Plaintiffs and Defendants Islands, Inc. and Thomas
6
   Hester, is extended to April 30, 2015.
7
       IT IS SO ORDERED.
8
   **Dated:  April 20, 2015**
9
10
   _____
11   MORRISON C. ENGLAND, JR., CHIEF JUDGE
     UNITED STATES DISTRICT COURT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28