CYNTHIA L. RICE, SBN#87630
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1430 Franklin Street, Suite 103
Oakland, CA 94612
Telephone: (510) 267-0762
Facsimile: (510) 267-0763

**Attorneys for Plaintiffs** Sergio Aguirre Batista, Hugo Santiago Arredondo Huerta, Daniel Becerra Aguilar, Israel Blas Jimenez, Librado Blas Martinez, Ramiro Alejandro Garcia Castro, Enrique Garcia Michel, Jaime Lopez Ramos, Fray Marcelino Lopez Rodriguez, Luis Ramon Naranjo Campos, Angel Pano Ruiz, Frisdman Peña Ochoa, Aldo Manuel Rodriguez Zepeda, Octavio Revolledo Godinez, Agustin Torres Elias, Tomas Ayala Gonzalez, Marco Cesar Garcia Gutierrez, Jose Luis Rodriquez, Joel Murillo Guerrero, Oscar Manuel Carillo Torres, Christian Ceja Ruiz, Christian Cruz Valverde, Gibran Rigoberto Diaz Campo, Leonel Esparza Ramirez, Benigno Martinez Marquez, Rene Meza Sanchez, Jesus Junior Robles Rodriquez, Luis Manuel Torres Contreras, Uriel Torres Contreras, Juan Alfonso Bailon Marquez, Hugo Cesar Ceja Ibarra, Rigoberto Sandoval Preciado, Roberto Cruz Barragan, Obed Mares Contreras

| | |
|---|---|
| DELLA BARNETT, SBN# 88649<br>CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION<br>2210 K Street, Suite 201<br>Sacramento, CA 95814<br>Telephone: (916) 446-7904<br>Facsimile: (916) 446-3057<br>Attorneys for all Plaintiff(s) | VIRGINIA VILLEGAS, SBN#179062<br>VILLEGAS/CARRERA, LLP<br>170 Columbus Avenue, Suite 300<br>San Francisco, CA 94133<br>Telephone: (415) 989-8000<br>Facsimile: (415) 989-8028<br>Attorneys for all Plaintiff(s) |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRAY MARCELINO LOPEZ RODRIGUEZ, et al.,<br>Plaintiffs,<br><br>v.<br><br>SGLC, INC., SALVADOR GONZALEZ, dba SALVADOR GONZALEZ FARM LABOR CONTRACTOR, and JULIAN GONZALEZ<br>Defendants | Case No. 2:08-CV-01971-MCE-KJN<br><br>**DISMISSAL WITH PREJUDICE OF DEFENDANTS ISLANDS, INC. and THOMAS HESTER and; DISMISSAL OF ACTION IN ITS ENTIRETY and ORDER** |

TO THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES OF RECORD:

All Plaintiff(s), hereby dismiss this action against ISLANDS, INC. and THOMAS HESTER, in its entirety, with prejudice, and with all parties to bear their own attorneys' fees and costs, except otherwise provided in the Settlement Agreement filed with and approved by this court.

With this dismissal the matter will be resolved as to all Plaintiffs as against all Defendants and, therefore, Plaintiffs hereby dismiss this action in its entirety.

Pursuant to Federal Rules of Civil Procedure Rule 41(a) and pursuant to the terms of the Settlement Agreements this Court shall retain jurisdiction over the action for the sole purpose of enforcing the terms of the various Settlement Agreements entered in this action.

Date: May 22, 2015            **CALIFORNIA RURAL LEGAL ASSISTANCE, INC.**

By: __/s/CYNTHIA L. RICE_____
**CYNTHIA L. RICE**
**Attorney for some Plaintiff(s)**

Date: May 22, 2015            **CALIFORNIA RURAL LEGAL ASSISTANCE FOUNDATION**

By: __/s/ DELLA BARNETT_____
**DELLA BARNETT**
**Attorney for all Plaintiff(s)**

Date: May 22, 2015            **VILLEGAS/CARRERA, LLP**

By: ___/s/ VIRGINIA R. VILLEGAS_____
**VIRGINIA R. VILLEGAS**
**Attorney for all Plaintiff(s)**

DEFENDANTS ISLANDS, INC. and THOMAS HESTER and;
DISMISSAL OF ACTION IN ITS ENTIRETY and ORDER
Case No. 2:08-CV-01971-MCE-KJN

2

**ORDER**

Pursuant parties' settlement and Plaintiffs' notice of voluntary dismissal, this action is hereby DISMISSED with prejudice. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

DEFENDANTS ISLANDS, INC. and THOMAS HESTER and;
DISMISSAL OF ACTION IN ITS ENTIRETY and ORDER
Case No. 2:08-CV-01971-MCE-KJN

3